PHILIP S. RANTZER
GENERAL COUNSEL



BEER DISTRIBUTORS

955 E. 149TH STREET
BRONX, NEW YORK 10455
WWW.MANHATTANBEER.COM

(718) 292-9300 x 1159
FAX: (718) 508-0015
E-MAIL: PRANTZER@MANHATTANBEER.NET

December 2, 2016

Douglas Varacalli, Esq.
Sirotkin Varacalli & Hamra, LLP
110 East 59th Street, Suite 3200
New York, NY 10022

Mr. Varacalli:

In response to your letter dated November 28, 2016, enclosed are reports reflecting sales by Manhattan Beer Distributors to Mildred Deli Grocery during the years 2013, 2014, 2015 and 2016 (through 11/29/16).

Also enclosed is a Declaration with regard to these reports.

Sincerely,

Philip S. Rantzer
General Counsel



# Manhattan Beer Distributors
## SALES REPORT

Sales report for 1/1/13 - 12/31/13

Customers:
    Customer: MILDRED DELI GROCERY    Y
Products:
    All Products
Layout:
    CREDIT SALES RENEVUE IRIS

| NetRevenue | | | | | | | Date range |
| CusKey | CusName | ShipAdr2 | ShipCity | ShipState | ShipZip | SalesDate | 1/1/13 - 12/31/13 [ |
|---|---|---|---|---|---|---|---|
| 20263 | MILDRED DELI GRC | 231 E 116TH STREE | NEW YORK | NY | 10029 | 1/8/2013 | $1,579.25 |
| | | | | | | 1/15/2013 | $1,901.96 |
| | | | | | | 1/22/2013 | $2,217.35 |
| | | | | | | 1/29/2013 | $1,804.43 |
| | | | | | | 2/5/2013 | $1,858.50 |
| | | | | | | 2/12/2013 | $2,212.06 |
| | | | | | | 2/19/2013 | $2,385.65 |
| | | | | | | 2/26/2013 | $2,578.78 |
| | | | | | | 3/5/2013 | $2,151.12 |
| | | | | | | 3/12/2013 | $2,482.53 |
| | | | | | | 3/19/2013 | $1,982.62 |
| | | | | | | 3/26/2013 | $2,773.86 |
| | | | | | | 4/2/2013 | $2,863.90 |
| | | | | | | 4/9/2013 | $1,504.50 |
| | | | | | | 4/16/2013 | $2,603.30 |
| | | | | | | 4/23/2013 | $1,883.95 |
| | | | | | | 4/30/2013 | $2,912.70 |
| | | | | | | 5/7/2013 | $2,044.05 |



# Manhattan Beer Distributors
## SALES REPORT

| | |
|---|---|
| 5/14/2013 | $2,490.00 |
| 5/21/2013 | $3,337.10 |
| 5/28/2013 | $2,207.10 |
| 6/4/2013 | $2,631.95 |
| 6/11/2013 | $2,175.30 |
| 6/18/2013 | $2,361.85 |
| 6/25/2013 | $1,904.10 |
| 7/9/2013 | $380.00 |
| 7/12/2013 | $1,506.65 |
| 7/16/2013 | $2,256.15 |
| 7/17/2013 | $209.40 |
| 7/23/2013 | $2,967.85 |
| 7/30/2013 | $2,579.45 |
| 8/6/2013 | $2,658.30 |
| 8/13/2013 | $2,533.95 |
| 8/20/2013 | $2,742.70 |
| 8/28/2013 | $3,094.85 |
| 8/29/2013 | $94.20 |
| 9/3/2013 | $3,067.55 |
| 9/10/2013 | $3,017.70 |
| 9/11/2013 | $273.50 |
| 9/17/2013 | $2,423.25 |
| 9/24/2013 | $2,643.00 |
| 9/30/2013 | $301.75 |
| 10/1/2013 | $2,856.45 |
| 10/8/2013 | $2,858.50 |



# Manhattan Beer Distributors
## SALES REPORT

|  |  |  |  |  |  | 10/15/2013 | $2,868.05 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 10/22/2013 | $2,591.70 |
|  |  |  |  |  |  | 10/25/2013 | $273.50 |
|  |  |  |  |  |  | 10/29/2013 | $2,031.55 |
|  |  |  |  |  |  | 11/5/2013 | $3,156.85 |
|  |  |  |  |  |  | 11/12/2013 | $2,516.60 |
|  |  |  |  |  |  | 11/16/2013 | $109.40 |
|  |  |  |  |  |  | 11/19/2013 | $2,762.65 |
|  |  |  |  |  |  | 11/23/2013 | $136.75 |
|  |  |  |  |  |  | 11/25/2013 | $273.50 |
|  |  |  |  |  |  | 11/26/2013 | $3,707.70 |
|  |  |  |  |  |  | 12/3/2013 | $2,035.25 |
|  |  |  |  |  |  | 12/10/2013 | $2,395.00 |
|  |  |  |  |  |  | 12/12/2013 | $136.75 |
|  |  |  |  |  |  | 12/17/2013 | $2,000.25 |
|  |  |  |  |  |  | 12/21/2013 | $410.25 |
|  |  |  |  |  |  | 12/24/2013 | $3,226.05 |
|  |  |  |  |  |  | 12/28/2013 | $410.25 |
|  |  |  |  |  |  | 12/31/2013 | $2,632.80 |
|  |  |  |  |  | 10029 Total |  | $128,987.96 |



# Manhattan Beer Distributors
# SALES REPORT

Sales report for 1/1/14 - 12/31/14

Customers:
    Customer: MILDRED DELI GROCERY    Y
Products:
    All Products
Layout:
    CREDIT SALES RENEVUE IRIS

| NetRevenue | | | | | | | | Date range |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CusKey | CusName | ShipAdr2 | ShipCity | ShipState | ShipZip | | SalesDate | 1/1/14 - 12/31/14 [ |
| 20263 | MILDRED DELI GRC | 231 E 116TH STREE | NEW YORK | NY | 10029 | | 1/7/2014 | $2,508.80 |
| | | | | | | | 1/14/2014 | $2,799.20 |
| | | | | | | | 1/22/2014 | $2,661.05 |
| | | | | | | | 1/28/2014 | $2,410.20 |
| | | | | | | | 2/4/2014 | $2,983.00 |
| | | | | | | | 2/11/2014 | $2,771.30 |
| | | | | | | | 2/18/2014 | $3,143.90 |
| | | | | | | | 2/25/2014 | $2,786.75 |
| | | | | | | | 3/4/2014 | $2,500.00 |
| | | | | | | | 3/7/2014 | $349.85 |
| | | | | | | | 3/8/2014 | $0.00 |
| | | | | | | | 3/11/2014 | $2,776.85 |
| | | | | | | | 3/18/2014 | $2,787.55 |
| | | | | | | | 3/25/2014 | $3,230.05 |
| | | | | | | | 3/28/2014 | $137.50 |
| | | | | | | | 3/29/2014 | $107.25 |
| | | | | | | | 4/1/2014 | $3,179.55 |
| | | | | | | | 4/2/2014 | $167.00 |



# Manhattan Beer Distributors
## SALES REPORT

| Date | Amount |
|---|---|
| 4/8/2014 | $3,163.05 |
| 4/15/2014 | $3,330.85 |
| 4/22/2014 | $2,904.30 |
| 4/29/2014 | $3,160.95 |
| 5/3/2014 | $549.70 |
| 5/6/2014 | $2,775.40 |
| 5/10/2014 | $164.10 |
| 5/13/2014 | $3,507.05 |
| 5/20/2014 | $3,429.85 |
| 5/27/2014 | $2,797.40 |
| 5/28/2014 | $235.00 |
| 6/3/2014 | $3,469.25 |
| 6/10/2014 | $3,313.05 |
| 6/17/2014 | $3,198.66 |
| 6/24/2014 | $3,898.31 |
| 6/27/2014 | $130.30 |
| 6/28/2014 | $107.25 |
| 6/30/2014 | $1,502.25 |
| 7/1/2014 | $1,951.30 |
| 7/8/2014 | $2,998.15 |
| 7/15/2014 | $3,455.40 |
| 7/22/2014 | $3,283.60 |
| 7/29/2014 | $3,325.31 |
| 8/5/2014 | $3,353.81 |
| 8/12/2014 | $3,398.65 |
| 8/15/2014 | $137.50 |



# Manhattan Beer Distributors
## SALES REPORT

| | | | | | | Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | 8/19/2014 | $3,571.55 |
| | | | | | | 8/26/2014 | $3,389.15 |
| | | | | | | 9/2/2014 | $3,442.05 |
| | | | | | | 9/9/2014 | $2,695.45 |
| | | | | | | 9/16/2014 | $2,437.10 |
| | | | | | | 9/19/2014 | $137.50 |
| | | | | | | 9/23/2014 | $2,643.85 |
| | | | | | | 9/29/2014 | $597.50 |
| | | | | | | 9/30/2014 | $2,860.80 |
| | | | | | | 10/7/2014 | $2,812.50 |
| | | | | | | 10/14/2014 | $2,889.15 |
| | | | | | | 10/21/2014 | $2,657.91 |
| | | | | | | 10/29/2014 | $2,479.60 |
| | | | | | | 11/4/2014 | $2,919.15 |
| | | | | | | 11/11/2014 | $2,754.75 |
| | | | | | | 11/18/2014 | $3,184.90 |
| | | | | | | 11/24/2014 | $239.00 |
| | | | | | | 11/25/2014 | $3,115.05 |
| | | | | | | 11/29/2014 | $525.05 |
| | | | | | | 12/2/2014 | $2,341.95 |
| | | | | | | 12/9/2014 | $2,671.25 |
| | | | | | | 12/16/2014 | $2,694.65 |
| | | | | | | 12/23/2014 | $3,322.65 |
| | | | | | | 12/27/2014 | $663.85 |
| | | | | | | 12/30/2014 | $3,004.70 |
| | | | | | 10029 Total | | $160,891.30 |



# Manhattan Beer Distributors
## SALES REPORT

Sales report for 1/1/15 - 12/31/15

Customers:
    Customer: MILDRED DELI GROCERY    Y
Products:
    All Products
Layout:
    CREDIT SALES RENEVUE IRIS

| NetRevenue | | | | | | | Date range |
|---|---|---|---|---|---|---|---|
| CusKey | CusName | ShipAdr2 | ShipCity | ShipState | ShipZip | SalesDate | 1/1/15 - 12/31/15 [ |
| 20263 | MILDRED DELI GRC | 231 E 116TH STREE | NEW YORK | NY | 10029 | 1/3/2015 | $136.75 |
| | | | | | | 1/6/2015 | $1,836.25 |
| | | | | | | 1/13/2015 | $1,478.15 |
| | | | | | | 1/16/2015 | $1,946.15 |
| | | | | | | 1/20/2015 | $873.85 |
| | | | | | | 1/22/2015 | $1,387.00 |
| | | | | | | 1/28/2015 | $2,522.90 |
| | | | | | | 1/29/2015 | $167.00 |
| | | | | | | 1/30/2015 | $703.80 |
| | | | | | | 2/3/2015 | $1,934.46 |
| | | | | | | 2/5/2015 | $410.25 |
| | | | | | | 2/10/2015 | $3,234.20 |
| | | | | | | 2/14/2015 | $735.61 |
| | | | | | | 2/18/2015 | $2,340.55 |
| | | | | | | 2/21/2015 | $387.00 |
| | | | | | | 2/24/2015 | $2,098.00 |
| | | | | | | 2/25/2015 | $143.40 |
| | | | | | | 2/26/2015 | $273.50 |



# Manhattan Beer Distributors
## SALES REPORT

| | | |
|---|---|---|
| 2/27/2015 | $445.95 |
| 3/3/2015 | $2,538.05 |
| 3/7/2015 | $0.00 |
| 3/10/2015 | $2,868.80 |
| 3/17/2015 | $3,121.59 |
| 3/21/2015 | $483.50 |
| 3/24/2015 | $2,461.55 |
| 3/26/2015 | $161.25 |
| 3/31/2015 | $2,893.00 |
| 4/7/2015 | $3,725.55 |
| 4/14/2015 | $2,648.16 |
| 4/18/2015 | $336.75 |
| 4/21/2015 | $3,810.35 |
| 4/28/2015 | $2,754.81 |
| 5/2/2015 | $879.45 |
| 5/5/2015 | $2,402.35 |
| 5/11/2015 | $3,246.95 |
| 5/13/2015 | $717.00 |
| 5/18/2015 | $375.00 |
| 5/19/2015 | $3,497.11 |
| 5/23/2015 | $1,091.35 |
| 5/26/2015 | $2,007.00 |
| 5/27/2015 | $574.35 |
| 6/2/2015 | $4,171.38 |
| 6/9/2015 | $2,323.30 |
| 6/13/2015 | $1,796.49 |



# Manhattan Beer Distributors
## SALES REPORT

| | |
|---|---|
| 6/16/2015 | $3,162.51 |
| 6/17/2015 | $190.35 |
| 6/22/2015 | $152.85 |
| 6/23/2015 | $3,792.05 |
| 6/30/2015 | $4,001.39 |
| 7/6/2015 | $3,928.13 |
| 7/11/2015 | $250.50 |
| 7/14/2015 | $4,114.67 |
| 7/20/2015 | $3,172.50 |
| 7/21/2015 | $1,280.61 |
| 7/22/2015 | $250.00 |
| 7/25/2015 | $1,234.47 |
| 7/30/2015 | $1,473.35 |
| 8/1/2015 | $1,795.50 |
| 8/4/2015 | $3,119.21 |
| 8/11/2015 | $4,592.88 |
| 8/15/2015 | $645.00 |
| 8/17/2015 | $933.42 |
| 8/18/2015 | $3,064.90 |
| 8/25/2015 | $5,852.38 |
| 9/1/2015 | $3,477.88 |
| 9/2/2015 | $396.85 |
| 9/8/2015 | $4,240.42 |
| 9/11/2015 | $897.92 |
| 9/15/2015 | $4,646.91 |
| 9/22/2015 | $3,649.98 |



# Manhattan Beer Distributors
## SALES REPORT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 9/26/2015 | $214.75 |
| | | | | | | | 9/29/2015 | $4,291.56 |
| | | | | | | | 10/5/2015 | $3,762.91 |
| | | | | | | | 10/10/2015 | $250.00 |
| | | | | | | | 10/13/2015 | $3,322.02 |
| | | | | | | | 10/19/2015 | $3,959.78 |
| | | | | | | | 10/20/2015 | $315.00 |
| | | | | | | | 10/23/2015 | $471.80 |
| | | | | | | | 10/24/2015 | $432.95 |
| | | | | | | | 10/26/2015 | $3,843.68 |
| | | | | | | | 10/28/2015 | $552.33 |
| | | | | | | | 11/2/2015 | $3,629.32 |
| | | | | | | | 11/9/2015 | $957.71 |
| | | | | | | | 11/12/2015 | $2,748.94 |
| | | | | | | | 11/17/2015 | $3,998.92 |
| | | | | | | | 11/23/2015 | $5,870.80 |
| | | | | | | | 11/28/2015 | $736.60 |
| | | | | | | | 12/3/2015 | $3,229.11 |
| | | | | | | | 12/7/2015 | $199.94 |
| | | | | | | | 12/10/2015 | $992.80 |
| | | | | | | | 12/16/2015 | $3,314.90 |
| | | | | | | | 12/18/2015 | $414.39 |
| | | | | | | | 12/22/2015 | $6,306.95 |
| | | | | | | | 12/24/2015 | $64.25 |
| | | | | | | | 12/29/2015 | $4,039.09 |
| | | | | | | 10029 Total | | $196,176.99 |



# Manhattan Beer Distributors
## SALES REPORT

Sales report for 1/1/16 - 12/1/16

Customers:
    Customer: MILDRED DELI GROCERY     Y
Products:
    All Products
Layout:
    CREDIT SALES RENEVUE IRIS

| NetRevenue | | | | | | | Date range |
|---|---|---|---|---|---|---|---|
| CusKey | CusName | ShipAdr2 | ShipCity | ShipState | ShipZip | SalesDate | 1/1/16 - 12/1/16 [2 |
| 20263 | MILDRED DELI GRC | 231 E 116TH STREE | NEW YORK | NY | 10029 | 1/6/2016 | $3,279.99 |
| | | | | | | 1/13/2016 | $4,264.33 |
| | | | | | | 1/14/2016 | $328.20 |
| | | | | | | 1/20/2016 | $2,078.69 |
| | | | | | | 1/22/2016 | $225.75 |
| | | | | | | 1/27/2016 | $3,153.71 |
| | | | | | | 2/3/2016 | $3,915.33 |
| | | | | | | 2/5/2016 | $792.00 |
| | | | | | | 2/10/2016 | $2,814.63 |
| | | | | | | 2/17/2016 | $2,886.40 |
| | | | | | | 2/19/2016 | $231.69 |
| | | | | | | 2/24/2016 | $2,903.30 |
| | | | | | | 3/2/2016 | $2,834.78 |
| | | | | | | 3/8/2016 | $2,519.67 |
| | | | | | | 3/12/2016 | $280.30 |
| | | | | | | 3/16/2016 | $2,904.83 |
| | | | | | | 3/23/2016 | $4,024.50 |
| | | | | | | 3/30/2016 | $3,450.35 |



# Manhattan Beer Distributors
## SALES REPORT

| Date | Amount |
|---|---|
| 4/6/2016 | $2,271.27 |
| 4/13/2016 | $2,236.97 |
| 4/16/2016 | $288.70 |
| 4/20/2016 | $2,415.63 |
| 4/22/2016 | $577.00 |
| 4/27/2016 | $626.91 |
| 4/28/2016 | $1,668.25 |
| 4/30/2016 | $538.52 |
| 5/4/2016 | $1,870.55 |
| 5/7/2016 | $279.13 |
| 5/11/2016 | $2,639.94 |
| 5/14/2016 | $325.38 |
| 5/18/2016 | $2,343.73 |
| 5/20/2016 | $784.07 |
| 5/25/2016 | $3,400.54 |
| 5/26/2016 | $364.30 |
| 5/31/2016 | $3,158.78 |
| 6/7/2016 | $369.56 |
| 6/8/2016 | $4,199.22 |
| 6/15/2016 | $2,248.92 |
| 6/18/2016 | $254.00 |
| 6/21/2016 | $3,200.75 |
| 6/27/2016 | $375.00 |
| 6/28/2016 | $4,596.73 |
| 7/5/2016 | $3,682.98 |
| 7/12/2016 | $2,803.07 |



# Manhattan Beer Distributors
## SALES REPORT

| Date | Amount |
|---|---|
| 7/18/2016 | $517.30 |
| 7/19/2016 | $3,873.11 |
| 7/26/2016 | $3,023.76 |
| 8/2/2016 | $762.00 |
| 8/3/2016 | $2,206.90 |
| 8/9/2016 | $2,664.79 |
| 8/13/2016 | $215.45 |
| 8/16/2016 | $2,517.24 |
| 8/20/2016 | $1,153.39 |
| 8/23/2016 | $2,826.55 |
| 8/24/2016 | $440.54 |
| 8/30/2016 | $3,493.07 |
| 9/6/2016 | $2,876.20 |
| 9/10/2016 | $457.00 |
| 9/13/2016 | $2,915.97 |
| 9/20/2016 | $3,336.98 |
| 9/23/2016 | $303.69 |
| 9/27/2016 | $2,445.28 |
| 10/4/2016 | $2,696.72 |
| 10/11/2016 | $4,405.61 |
| 10/18/2016 | $2,948.68 |
| 10/25/2016 | $3,132.38 |
| 10/28/2016 | $259.22 |
| 11/1/2016 | $3,636.18 |
| 11/4/2016 | $288.50 |
| 11/8/2016 | $2,165.95 |



# Manhattan Beer Distributors
## SALES REPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 11/11/2016 | $257.15 |
| | | | | | | 11/15/2016 | $3,405.09 |
| | | | | | | 11/21/2016 | $4,137.18 |
| | | | | | | 11/29/2016 | $5,466.95 |
| | | | | | 10029 Total | | $159,237.18 |

**Declaration of Frank Hartofilis**

1. I am the Credit and Collection Manager for Manhattan Beer Distributors LLC ("MBD").

2. The attached records reflect sales by MBD to Mildred Deli Grocery during the years 2013 through 2016. These records were maintained and kept in the ordinary course of business of MBD and were taken from our electronic records database maintained and kept in the ordinary course of business of MBD.

Dated: December 2, 2016

Frank Hartofilis
Credit and Collection Manager
Manhattan Beer Distributors LLC