SIROTKIN VARACALLI & HAMRA, LLP
110 EAST 59TH STREET, STE. 3200,
NEW YORK, NY 10022

12.1.16

Market Distributors
355 Food Center Drive
A5-12 Hunts Point Cooperative Market
Bronx, NY 10474

**RE:    Tecun et al. v. Mildred Deli Grocery Inc. et al.**
**         Index No. 16-cv-05796**

To Whom It May Concern:

     I am writing on behalf of Colombia Nunez, owner of Mildred Deli Grocery.  We represent Mildred Deli Grocery in a litigation brought by a former employee.  We previously sent you a letter requesting invoices or statements, covering 2013 to 2016, as well as a certification to be signed whoever keeps your business' customer records.  It has come to our attention that the certification included with that letter was incorrect.  We ask that you use the enclosed affidavit instead.

     In order to comply with the legal proceedings, we ask that you provide us with all invoices or statements regarding Mildred Deli Grocery or Colombia Nuñez from 2013 to 2016 along with completing, signing, and notarizing the attached affidavit.

     The affidavit states that you are providing valid, complete, un-tampered records to the court.  If you do not have any records during any period of that time provide a statement as to why not.

     The court has a strict deadline, so we ask that you provide the above to us as quickly as possible and by December 7, 2016 at the latest.  Please contact us if you have any questions.

     Thank you for your prompt attention to this matter.

               Truly Yours,

               SIROTKIN VARACALLI & HAMRA, LLP

               By: Douglas Varacalli (DV3756)
               110 E 59th Street, Suite 3200

New York, New York 10022
Tel.: (646) 590-0571
Fax.: (646) 619-4012
E-mail: DVaracalli@svhllp.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JESUS TECUN, MANUEL CIPRIANO MEJIA, CONCEPCION SANCHEZ ALONSO, CRISTINA GATICA LUNA, LAURO GARZON VALENCIA FLORES, and MIRIAM PINOS BUENDIA, *individually and on behalf of others similarly situated,* | Case No. 1:16-cv-05796-RJS |
| Plaintiffs, | **AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS** |
| v. | |
| MILDRED DELI GROCERY INC. (d/b/a MILDRED DELI & GROCERY), COLOMBIA NUNEZ and AURELIA MEDINA, | |
| Defendants. | |

STATE OF _____ )
                                                      ) ss.:
COUNTY OF _____ )

_____, being duly sworn, deposes and says:

1.     I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit.

2.     I am the duly authorized custodian of the records for
_Market Meats, Inc._ and in such capacity, I have authority to certify the attached records.

3.     The attached records are true copies of all original records maintained by
_Market Meats, Inc._ regarding Mildred Deli Grocery, Inc, that were requested by Sirotkin Varacalli & Hamra, LLP in connection with the captioned matter.

4.     The attached records were kept in the course of the regularly conducted business activity of _Market Meats, Inc._ and were prepared as a regular practice and custom.

5.     The attached records were prepared by the personnel of
_Market Meats, Inc._ in the ordinary course of business at or near the time

of the act, condition, or event, reported thereon, and by a person or persons with knowledge of and a business duty to record or transmit those matters.

_____
*Signature*

Sworn and subscribed to before me
This _____ day of _____, 20_____.

_____
Notary Public
My commission expires:_____

*marte K Desburtos*

MARKET DISTRIBUTERS, INC.
A6 HUNTS PT CO-OP MARKET
BRONX, NY,  10474                    1/03/14
(718)-991-5800, ACC TNG          Statement Date
991-1866,  FAX: 991-4981            PAGE  1                          PAGE

| DATE | DESCRIPTION | | CREDITS | CHARGES |
|------|-------------|---|---------|---------|
| | NO ACTIVITY THIS WEEK- | PLEASE PAY OLD BALANCE | | |

| CURRENT | WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|------|---------|---------|---------|---------|
| .00 | .00 | .00 | .00 | .00 | 275.90 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 275.90 | .00 | .00 | 275.90 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK
MICHELLE              NY 10029

Account Number
WE CARRY ALL SIZES OF SUCKLING PIGS
AS OF JUNE 4, 2012 RETURNED CHECK FEE
WILL BE $40.00
VISIT US AT WWW.MKTDISTRIBUTORS.COM

*Total*
*Venta*
*ano*

*$ 19108149*

11/10/2016 9:32 AM FAX  17189914981          MARKET DISTRIBUTORS                    ☑0012/0059

MARKET DISTRIBUTERS, INC
A6 HUNTS PT CO-OP MARKET
BRONX, NY, 10474                 1/17/14
(718)-991-5800, ACC'TNG:         Statement Date
991-1856, FAX: 991-4981          PAGE  1                                    PAGE  1

| DATE | INVOICE # DESCRIPTION | CREDITS | CHARGES |
|------|----------------------|---------|---------|
|      | -NO ACTIVITY THIS WEEK-    PLEASE PAY OLD BALANCE | | |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS+ |
|---------|--------|---------|---------|---------|----------|
| .00 | .00 | .00 | .00 | .00 | 275.90 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 275.90 | .00 | .00 | 275.90 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK                        Account Number  1-49850
MICHELLE            NY 10029     WE CARRY ALL SIZES OF SUCKLING PIGS
                                AS OF JUNE 4, 2012 RETURNED CHECK FEE
                                WILL BE $40.00
                                VISIT US AT WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTERS, INC
A6 HUNTS PT CO-OP MARKET
BRONX, NY, 10474
(718) 991-5800, ACC'TNG.
991-1866, FAX. 991-4981

Statement Date 1/24/14

PAGE  1                                                                    PAGE  1

| DATE | DESCRIPTION | | CREDITS | CHARGES |
|------|-------------|--|---------|---------|
| 1/24/14 | 609497 | CHARGE | | 133.76 |

| | CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|--|---------|--------|---------|---------|---------|---------|
| | 133.76 | .00 | .00 | .00 | .00 | 275.90 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 275.90 | .00 | 133.76 | 409.66 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK
MICHELLE            NY 10029

Account Number    1-49850
WE CARRY ALL SIZES OF SUCKLING PIGS
AS OF JUNE 4, 2012 RETURNED CHECK FEE
WILL BE $40.00
VISIT US AT WWW.MXTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
AS-12 HUNTS PT. CO-OP MKT
BRONX, NY 10474
(718)991-5800

**Statement Date** 6/13/14

**PAGE** 1

**PAGE:** 1

| DATE | INVOICE# | DESCRIPTION | CREDITS | CHARGES |
|------|----------|-------------|---------|---------|
| 5/30/14 | 53014 | CREDIT | .34- | |
| 6/10/14 | | PAYMENT RECEIVED | 332.00 | |
| 6/09/14 | 634767 | CHARGE | | 214.90 |
| 6/13/14 | 635957 | CHARGE | | 188.34 |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|--------|---------|---------|---------|---------|
| 403.24 | .00 | .00 | .00 | .00 | .00 |

MILDRED DELI & GROCERY CORP.
231 E 116TH STREET
NEW YORK
MICHELLE          NY 10029

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|-------------------------|-----------------|-----------------|
| 332.34 | 332.34- | 403.24 | 403.24 |

**Account Number** 1-49850

WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

11/10/2016 9:46 AM FAX 17189914981     MARKET DISTRIBUTORS     ☑0059/0059

MARKET DISTRIBUTORS
A5-12 HUNTS PT CO-OP MKT
BRONX, NY 10474
(718) 991-5800

12/26/14
Statement Date

PAGE 1

PAGE 1

| DATE | DESCRIPTION | | CREDITS | CHARGES |
|------|-------------|--|---------|---------|
| 10/07/14 | 100714 | CREDIT | .01- | |
| 12/26/14 | | PAYMENT RECEIVED | 1,153.00 | |
| 12/26/14 | 673710 | CHARGE | | 745.16 |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|--------|---------|---------|---------|---------|
| 745.16 | .00 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 1,153.01 | 1,153.01- | 745.16 | 745.16 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK NY 10029
MICHELLE

Account Number    1-69850

WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

11/10/2016 9:37 AM FAX  17189914981          MARKET DISTRIBUTORS                    @0029/0059

**MARKET DISTRIBUTORS**
A5-12 HUNTS PT CO-OP MKT
BRONX, NY 10474
(718)991-5800

5/23/14
Statement Date
PAGE  1

PAGE  1

| DATE | DESCRIPTION | CHARGE | CREDITS | CHARGES |
|------|-------------|--------|---------|---------|
| 5/22/14 | INVOICE# 651399 | | | 400.08 |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|--------|---------|---------|---------|---------|
| 400.08 | .00 | .00 | .00 | .00 | 374.37 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 374.37 | .00 | 400.08 | 774.45 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK
MICHELLE              NY 10029

Account Number  1769850

WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
A5-12 HUNTS PT CO-OP MKT
BRONX, NY 10474
(718) 991-5800

11/14/14
Statement Date
PAGE    1

PAGE    1

| DATE | DESCRIPTION | | CREDITS | CHARGES |
|------|-------------|--|---------|---------|
| | NO ACTIVITY THIS WEEK- PLEASE PAY OLD BALANCE | | | |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|--------|---------|---------|---------|---------|
| .00 | 1,153.01 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 1,153.01 | .00 | .00 | 1,153.01 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK
MICHELLE          NY 10029

Account Number    1-43850
WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
A5-12 HUNTS PT CO-OP MKT
BRONX, NY 10474
(718) 991-5800

10/31/16
Statement Date

PAGE  1

PAGE  1

| DATE | DESCRIPTION | | CREDITS | CHARGES |
|------|-------------|---|---------|---------|
|      | NO ACTIVITY THIS WEEK- | PLEASE PAY OLD BALANCE | | |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|--------|---------|---------|---------|---------|
| .00 | .00 | 467.55 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 467.55 | .00 | .00 | 467.55 |

MILDRED DELI & GROCERY CORP
251 E 115TH STREET
NEW YORK
MICHELLE                      NY 10029

Account Number     1-49850

WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

11/10/2016 9:44 AM FAX  17189914961        MARKET DISTRIBUTORS              ☑0050/0059

MARKET DISTRIBUTORS
A5-12 HUNTS PT CO-OP MKT
BRONX, NY 10474                    10/24/16
(718)991-5800                     Statement Date
                                  PAGE  1                                    PAGE  1

DATE          DESCRIPTION                              CREDITS   CHARGES

        NO ACTIVITY THIS WEEK-    PLEASE PAY OLD BALANCE

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS+ |
|---------|--------|---------|---------|---------|----------|
| .00 | 467.55 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 467.55 | .00 | .00 | 467.55 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK              NY 10029
MICHELLE

Account Number    1-89850
WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

11/10/2016 9:43 AM FAX  17189914981        MARKET DISTRIBUTORS           ☑0046/0059

MARKET DISTRIBUTORS
A5-12 HUNTS PT CO-OP MKT
BRONX, NY 10474
(718)991-5800

10/03/16
Statement Date
PAGE  1                                                          PAGE  1

| DATE | DESCRIPTION | | CREDITS | CHARGES |
|---|---|---|---|---|
| 10/03/16 | | PAYMENT RECEIVED | 325.18 | |
| 10/03/16 | 857733 | CHARGE | | 413.16 |

| | CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---|---|---|---|---|---|---|
| | 413.16 | .00 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|---|---|---|---|
| 325.18 | 325.18- | 413.16 | 413.16 |

MILDRED DELI & GROCERY CORP
231 E 118TH STREET
NEW YORK
MICHELLE                NY 10029

Account Number        1-49850
WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTREBUTORS.COM

MARKET DISTRIBUTORS
AL 12 HUNTS PT CO-OP MKT
BRONX, NY 10474
(718) 991-2600

9/26/14
Statement Date
PAGE  1

PAGE  1

| DATE | DESCRIPTION | CREDITS | CHARGES |
|------|-------------|---------|---------|
| | NO ACTIVITY THIS WEEK- PLEASE PAY OLD BALANCE | | |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|--------|---------|---------|---------|---------|
| .00 | .00 | .00 | 325.18 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 325.18 | .00 | .00 | 325.18 |

MILDRED DELI & GROCERY CORP
231 E. 116TH STREET
NEW YORK                 NY 10029
MICHELLE

Account Number  1-49850
WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
A3-12 HUNTS PT CO-OP MKT.
BRONX, NY 10474
(718)991-5800

Statement Date 9/12/16

PAGE  1

CREDITS  CHARGES

PAGE  1

| DATE | DESCRIPTION | | |
|------|-------------|---|---|
| | NO ACTIVITY THIS WEEK- | PLEASE PAY OLD BALANCE | |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|--------|---------|---------|---------|---------|
| .00 | 325.18 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 325.18 | .00 | .00 | 325.18 |

MILDRED DELI & GROCERY CORP
211 E 116TH STREET
NEW YORK              NY 10029
MICHELLE

Account Number   1-49850
WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
A5-12 HUNTS PT. CO-OP. MKT.
BRONX, NY 10474
(718) 991-5800

8/29/14
Statement Date
PAGE  1

PAGE  1

|  |  | CREDITS | CHARGES |
|---|---|---|---|
|  |  | 858.75 |  |
|  |  | 111.44 |  |

| DATE | DESCRIPTION |  |  |  |
|---|---|---|---|---|
| 8/28/14 |  | PAYMENT RECEIVED |  |  |
| 8/29/14 |  | PAYMENT RECEIVED |  |  |
| 8/28/14 | 851067 | CHARGE |  | 111.44 |

| CURRENT | WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---|---|---|---|---|---|
| .00 | 349.74 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|---|---|---|---|
| 1,208.49 | 970.19- | 111.44 | 349.74 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK                     N.Y.
MICHELLE                     NY 10029

Account Number      1,49850
WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
A5-12 HUNTS PT CO-OP MKT
BRONX, NY 10474.            8/15/14
(718)991-5800              Statement Date                              PAGE   1
                           PAGE   1
                                            CREDITS  CHARGES
                                            151.93       151.93
DATE 8/14/14  DESCRIPTION  PAYMENT RECEIVED
     8/13/14     647967       CHARGE

                                                     4 WEEKS        5 WEEKS
                                                         .00           .00
     CURRENT      1 WEEK    2 WEEKS   3 WEEKS     .00
        .00        .00       858.75    .00
                                       Previous Balance  Total Payments & Credits  Current Charges  PAY THIS AMOUNT
                                          858.75                                      151.93
                                                      151.93-                                       858.75

MILDRED DELI & GROCERY CORP
231 E 116TH STREET                     Account Number    1-49850
NEW YORK                               WE CARRY ALL SIZES OF SUCKLING PIGS
MICHELLE              NY 10029         RETURNED CHECK FEE IS $40.00
                                       WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
AS-12 HUNTS PT CO-OP MKT
BRONX, NY 10474                    7/18/14
(718) 991-5800                     Statement Date
                                   PAGE  1                                            PAGE  1

| DATE | DESCRIPTION | CREDITS | CHARGES |
|------|-------------|---------|---------|

-NO ACTIVITY THIS WEEK-    PLEASE PAY OLD BALANCE

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|--------|---------|---------|---------|---------|
| .00 | 692.36 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|------------------|
| 692.36 | .00 | .00 | 692.36 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK                           Account Number    1-49850
MICHELLE          NY 10029         WE CARRY ALL SIZES OF SUCKLING PIGS
                                   RETURNED CHECK FEE IS $40.00
                                   WWW.MKTDISTRIBUTORS.COM

**MARKET DISTRIBUTORS**
A5-12 HUNTS PT CO-OP MKT
BRONX NY 10474
(718)991-5800

7/11/14
Statement Date

PAGE 1                                                                  PAGE 1

| DATE | DESCRIPTION | | CREDITS | CHARGES |
|------|-------------|--|---------|---------|
| 7/09/14 | PAYMENT RECEIVED | | 214.90 | |
| 7/09/14 | 641042 | CHARGE | | 692.36 |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS+ |
|---------|--------|---------|---------|---------|----------|
| 692.36 | .00 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------|------|------|------|
| 214.90 | 214.90- | 692.36 | 592.36 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK
MICHELLE                    NY 10029

Account Number    1-49850
WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
AS-12 HUNTS PT CO OP MKT
BRONX, NY 10474
(718)991-5800
                                        7/04/14
                                        Statement Date
                                        PAGE 1                              PAGE 1

| DATE | DESCRIPTION | CREDITS | CHARGES |
|------|-------------|---------|---------|
|  | NO ACTIVITY THIS WEEK- PLEASE PAY OLD BALANCE | | |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---------|--------|---------|---------|---------|---------|
| .00 | .00 | .00 | 214.90 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 214.90 | .00 | .00 | 214.90 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK
MICHELLE            NY 10029

Account Number    1-49850
WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
AS-12 HUNTS PT. CO-OP MKT
BRONX, NY 10474                    5/30/14
(718) 991-5800                    Statement Date
                                  PAGE   1                                    PAGE   1

| DATE | DESCRIPTION | | CREDITS | CHARGES |
|------|------------|--|---------|---------|
| 5/30/14 | 632926 PAYMENT RECEIVED CHARGE | | 374.37 | 332.34 |

| CURRENT | WEEKS | WEEKS | WEEKS | WEEKS | WEEKS |
|---------|-------|-------|-------|-------|-------|
| 332.34 | 400.08 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|------------------|--------------------------|-----------------|-----------------|
| 774.45 | 374.37- | 332.34 | 732.42 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK
MICHELLE                NY 10029

Account Number   1-49850
WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTORS
A5-12 HUNTS PT CO-OP MKT
BRONX, NY 10474
(718)991-5800

6/06/14
Statement Date
PAGE  1

PAGE  1

| DATE | DESCRIPTION | | CREDITS | CHARGES |
|---|---|---|---|---|
| 5/23/14 | 5314 | CREDIT | .08- | |
| 6/02/14 | | PAYMENT RECEIVED | 400.00 | |

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---|---|---|---|---|---|
| .00 | 332.34 | .00 | .00 | .00 | .00 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|---|---|---|---|
| 732.42 | 400.08- | .00 | 332.34 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK
MICHELLE          NY 10029

Account Number    1-49850

WE CARRY ALL SIZES OF SUCKLING PIGS
RETURNED CHECK FEE IS $40.00
WWW.MKTDISTRIBUTORS.COM

MARKET DISTRIBUTERS INC
A6 HUNTS PT CO-OP MARKET
BRONX NY  10474
(718) 991-5800  ACC'TNG                7/12/13
991-1866  FAX: 991-4981                Statement Date
                                       PAGE  1                            PAGE  1

DATE        DESCRIPTION                              CREDITS   CHARGES

NO ACTIVITY THIS WEEK-    PLEASE PAY OLD BALANCE

| CURRENT | 1 WEEK | 2 WEEKS | 3 WEEKS | 4 WEEKS | 5 WEEKS |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | 179.74 |

| Previous Balance | Total Payments & Credits | Current Charges | PAY THIS AMOUNT |
|---|---|---|---|
| 179.74 | .00 | .00 | 179.74 |

MILDRED DELI & GROCERY CORP
231 E 116TH STREET
NEW YORK              NY 10029        Account Number    1-49850
MICHELLE                             WE CARRY ALL SIZES OF SUCKLING PIGS
                                     AS OF JUNE 4, 2012 RETURNED CHECK FEE
                                     WILL BE $40.00
                                     VISIT US AT WWW.MKTDISTRIBUTORS.COM