**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JESUS TECUN, MANUEL CIPRIANO MEJIA, CONCEPCION SANCHEZ ALONSO, CRISTINA GATICA LUNA, LAURO GARZON VALENCIA FLORES, and MIRIAM PINOS BUENDIA, *individually and on behalf of others similarly situated,* | Case No. 1:16-cv-05796-RJS<br><br>**AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS** |

Plaintiffs,

v.

MILDRED DELI GROCERY INC. (d/b/a MILDRED DELI & GROCERY), COLOMBIA NUNEZ and AURELIA MEDINA,

Defendants.

STATE OF _NJ_ )
                          ) ss.:
COUNTY OF _Passaic_ )

_Blanca Gonzalez_ , being duly sworn, deposes and says:

1.    I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit.

2.    I am the duly authorized custodian of the records for _Nicomex_ and in such capacity, I have authority to certify the attached records.

3.    The attached records are true copies of all original records maintained by _Blanca Gonzalez_ regarding Mildred Deli Grocery, Inc, that were requested by Sirotkin Varacalli & Hamra, LLP in connection with the captioned matter.

4.    The attached records were kept in the course of the regularly conducted business activity of _Mildred Deli Grocery_ and were prepared as a regular practice and custom.

5.    The attached records were prepared by the personnel of _Nicomex_ in the ordinary course of business at or near the time

of the act, condition, or event, reported thereon, and by a person or persons with
knowledge of and a business duty to record or transmit those matters.

*Signature*

Sworn and subscribed to before me
This *14* day of *December*, 20 *16* .

Notary Public
My commission expires: *July 26, 2019*

MARISELA GRULLON
Commission # 2062941
Notary Public, State of New Jersey
My Commission Expires
July 26, 2019



# NICOMEX INC.
### 86-88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

**PAID** 12/23/2015

# INVOICE

| Date | Invoice # |
|------|-----------|
| 12/19/2015 | 103100 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | MINSA TAMAL 10/4.4 LBS | | 27.00 | 27.00 |
| 1 | SIDRAL REGULAR 8/1.5 LTS | | 10.50 | 10.50 |
| 1 | BUBULUBU/RICOLINO 8/24 PZ | | 8.50 | 8.50 |
| 1 | BOING MANGO TETRA 12/32 OZ | | 19.90 | 19.90 |
| 1 | AZUCAR DOMINO 24/1 LIBRA | bx | 29.03 | 29.03 |
| 1 | SOPA NS PLATO ROJA HOT AND SPICY 12/3.3 OZ | | 10.50 | 10.50 |
| 1 | GOYA FRIJOL NEGRO 12/29 OZ | | 22.50 | 22.50 |
| 1 | GOYA FRIJOL NEGRO 24/15 OZ | | 23.50 | 23.50 |
| 1 | SALSA VALENTINA NEGRA 24/12 OZ | | 23.75 | 23.75 |
| 1 | SALSA VALENTINA REGULAR 24/12 OZ | | 22.75 | 22.75 |
| 1 | JUMEX FRESA/PLATANO LATA 12/16.9 OZ | | 0.00 | 0.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total |
|-------|
| $197.93 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

# INVOICE

| Date | Invoice # |
|------|-----------|
| 12/12/2015 | 102838 |

PAID 12/20/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| . | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 2 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO SIN CHILE | Tira | 9.50 | 19.00 |
| 1 | SEMILLA TOSTADA/TIRA/12 | | 10.00 | 10.00 |
| 1 | MASECA REGULAR 10/4.4 LB | | 29.50 | 29.50 |
| 4 | MOLCAJETES DE PIEDRA/PZ | | 15.00 | 60.00 |
| 5 | QUESO DE HEBRA EL ABUELITO/LBS | | 4.00 | 20.00 |
| 2 | SOPA KORIAN SOBRE REG 20/BX**BOLSA ROJA** | | 16.00 | 32.00 |
| 1 | TORTILLA LA POBLANITA /30 PQT | | 30.00 | 30.00 |
| 1 | EL MEXICANO YOGURT/PINA 12/7 OZ (NO RETURNS) | | 12.50 | 12.50 |
| 1 | MEGA SALSITA CHAMOY *EL CHILERITO* 12/33 OZ | | 28.00 | 28.00 |
| 1 | SAL MORTON PLAIN 24/26 OZ | | 19.50 | 19.50 |
| 1 | CACAHUTE JAPONES MANZELA 10/7 OZ | | 10.00 | 10.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $270.50

Received in good conditions_____ cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
## 86–88 FIRST ST
## PASSAIC NJ 07055
## 973 815 20 62

# INVOICE

| Date | Invoice # |
|------|-----------|
| 12/8/2015 | 102659 |

**PAID** 12/13/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | VELADORA DIVINO NIÑO BLANCA/CAJA | bx | 0.00 | 0.00 |
| 1 | BUBULUBU/RICOLINO 8/24 PZ | | 8.50 | 8.50 |
| 12 | PELON PELONAZO 4 PZS | | 4.50 | 54.00 |
| 1 | COCADA BANDERA/PAQ | | 10.00 | 10.00 |
| 1 | JAMONSILLO/PAQ | | 15.00 | 15.00 |
| 1 | CACAHUATE JAPONES MANZELA PAPEL/PAQ/50 P2S | | 15.00 | 15.00 |
| 1 | MASECA TAMAL 10/4.4 LB | | 0.00 | 0.00 |
| 1 | LA COSTEÑA FRIJOLES ENTEROS NEGROS 12/20 OZ | | 14.42 | 14.42 |
| 1 | FRUTSI SURTIDO 24/8 .5 OZ | | 14.00 | 14.00 |
| 1 | EL MEXICANO YOGURT/FRESA 12/7 OZ (NO RETURNS) | | 12.50 | 12.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $143.42

Received in good conditions _____ cases
By _____ Date _____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

PAID 12/15/2015

# INVOICE

| Date | Invoice # |
|------|-----------|
| 12/1/2015 | 102424 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | MIRINDA VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | MINSA REGULAR 10/4.4 LBS | | 27.00 | 27.00 |
| 1 | SOPA MARUCHAN CAMARON SIN CHILE 12/2.25 OZ | | 5.50 | 5.50 |
| 1 | SOPA NS DE PLATO ROJO 12/3.3 OZ | | 10.50 | 10.50 |
| 1 | JUMEX MANGO LATA 24/11.33 OZ | | 13.75 | 13.75 |
| 1 | JUMEX FRESA/PLATANO LATA 24/11.33 OZ | | 13.75 | 13.75 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|---|
| | $96.50 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
### 86–88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

# INVOICE

**PAID 11/24/2015**

| Date | Invoice # |
|---|---|
| 11/24/2015 | 102216 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|---|---|---|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
| 2 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO SIN CHILE | Tira | 9.50 | 19.00 |
| 3 | SEMILLA PIPIANERA/DE 1 LB | | 4.00 | 12.00 |
| 2 | SOPA KORIAN SOBRE REG 20/BX | | 16.00 | 32.00 |
| 5 | QUESO DE HEBRA EL ABUELITO/LBS | | 4.00 | 20.00 |
| 1 | MINSA REGULAR 10/4.4 LBS | | 25.00 | 25.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| **Total** | |
|---|---|
| | $108.00 |

Received in good conditions_____cases
By_____Date
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
### 86-88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

PAID
11/23/2015

# INVOICE

| Date | Invoice # |
|------|-----------|
| 11/21/2015 | 102157 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | MINSA REGULAR 10/4.4 LBS | | 25.00 | 25.00 |
| 1 | SANGRIA PLASTICO 24/16 OZ | | 17.50 | 17.50 |
| 1 | SHAMPOO CAPRICE HERBAL 12/800 MIL | | 36.50 | 36.50 |
| 1 | SABRITAS SABRITON/GRANDE/8 PZS | | 22.00 | 22.00 |
| 1 | SABRITAS ADOBADA CHICA/40 PZS | | 38.00 | 38.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|--|
| | $139.00 |

Received in good conditions_____ cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

# INVOICE

| Date | Invoice # |
|------|-----------|
| 11/10/2015 | 101773 |

PAID
11/10/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 6 | QUESO FRESCO EL ABUELITO/14 OZ | | 4.25 | 25.50 |
| 2 | QUESO DE HEBRA EL ABUELITO/DE 14 OZ | | 4.25 | 8.50 |
| 5 | QUESO DE HEBRA EL ABUELITO/LBS | | 4.00 | 20.00 |
| 3 | QUESO FRESCO CON HOJA CHINANTLA/14 OZ | | 4.50 | 13.50 |
| 1 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO SIN CHILE | Tira | 9.50 | 9.50 |
| 1 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO CON CHILE | Tira | 9.50 | 9.50 |
| 1 | BOING MANGO TETRA 12/32 OZ | | 19.90 | 19.90 |
| 1 | EL MEXICANO PINA 6/32 OZ | | 19.90 | 19.90 |
| 1 | EL MEXICANO GUAYABA 6/32 OZ | | 19.90 | 19.90 |
| 1 | JUMEX FRESA LATA 24/11.33 OZ | | 13.75 | 13.75 |
| 1 | JUMEX PERA LATA 24/11.33 OZ | | 13.75 | 13.75 |
| 1 | JUMEX MANGO LATA 24/11.33 OZ | | 13.75 | 13.75 |
| 1 | JUMEX GUAYABA LATA 24/11.33 OZ | | 13.75 | 13.75 |
| 1 | JUMEX DURAZNO LATA 24/11.33 OZ | | 13.75 | 13.75 |
| 1 | JUMEX GUANABANA LATA 24/11.33 OZ | | 13.75 | 13.75 |
| 6 | PELON PELONAZO 4 PZS | | 6.00 | 36.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|---|
| | $264.70 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.

# INVOICE

**NICOMEX INC.**
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

PAID Fumasa

| Date | Invoice # |
|------|-----------|
| 11/3/2015 | 101542 |

BILL TO
MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL.(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | LA VISITA CHICHARRON ORIGINAL 12/5 OZ | | 28.30 | 28.30 |
| 1 | MANZANITA SOL VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | TOTIS CHICHARRON 9/5.3 OZ | | 17.00 | 17.00 |
| 1 | BOTANAS DE HARINA NICOMEX 12/2 OZ cuadro sin chile | Tra | 9.50 | 9.50 |
| 1 | TORTILLA LA POBLANITA /30 POT | | 30.00 | 30.00 |
| 1 | SQUIRT MEXICANO 8/3 LTS | | 18.00 | 18.00 |
| 1 | GOYA FRIJOL NEGRO 12/29 OZ | | 22.50 | 22.50 |
| 1 | GOYA FRIJOL NEGRO 24/15 OZ | | 23.50 | 23.50 |
| 1 | SABRITAS RANCHERITOS GRANDES/15 PZS | | 37.00 | 37.00 |
| 2 | JARRITO 8/1.5 LTS mandarina,pina | | 10.50 | 21.00 |

FAVOR DE REVISAR SU MERCANCIA, NO SE
ACEPTAN FUTUROS RECLAMOS.

| | Total | $232.80 |
|--|-------|---------|

Received in good conditions _____ cases
By _____
Date _____

ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
CONDITIONS!!.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases, ALL RETURNED MERCHANDISE MUST BE IN GOOD
We appreciate your Business, Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 10/27/2015 | 101309 |

**PAID**

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | GEL XTREME JUMBO BLANCO 6/35.26 | bx | 18.50 | 18.50 |
| 1 | BARAJA DE PLASTICO/PAQ | | 48.00 | 48.00 |
| 5 | QUESO DE HEBRA EL ABUELITO/LBS**ES UN CAMBIO** | | 4.00 | 20.00 |
| 3 | LOTERIA MEXICANA GRANDE/PZ | | 5.00 | 15.00 |
| 1 | GOYA FRIJOL PINTO BOLSA 24/16 OZ | | 29.00 | 29.00 |
| 1 | VELADORA VIRGEN DE GUADALUPE BLANCA/CAJA | bx | 14.50 | 14.50 |
| 1 | VELADORA VIRGEN DE GUADALUPE ROSA/CAJA | bx | 14.50 | 14.50 |
| 1 | VELADORA VIRGEN DE GUADALUPE VERDE/CAJA | bx | 14.50 | 14.50 |
| 1 | VELADORA VIRGEN DE GUADALUPE ROJA/CAJA | bx | 14.50 | 14.50 |
| 1 | VELADORA SAN JUDAS TADEO/CAJA | bx | 14.50 | 14.50 |
| 1 | VELADORA SAN MARTIN CABALLERO/CAJA | bx | 14.50 | 14.50 |
| 1 | VELADORA SANTA BARBARA/CAJA | bx | 14.50 | 14.50 |
| 1 | VELADORA SAGRADO CORAZON/CAJA | bx | 14.50 | 14.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $246.50

Received in good conditions_____ cases
By_____ Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
### 86-88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

# INVOICE

**PAID**

| Date | Invoice # |
|------|-----------|
| 10/20/2015 | 101088 |

BILL TO

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | CREDITO |       |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO SIN CHILE | Tira | 9.50 | 9.50 |
| 1 | JUMEX FRESA/PLATANO  LATA 12/16.9 OZ | | 16.75 | 16.75 |
| 1 | JARRITO PLASTICO 24/16 OZ AGUA MINERAL | | 19.00 | 19.00 |
| 1 | SEMILLA ENCHILADA/TIRA/12 | | 10.00 | 10.00 |
| 25 | CHILE GUAJILLO PAPRICA/LIBRAS | lb | 2.75 | 68.75 |
| 1 | DETERGENTE ARIEL 48/250 GMS | | 33.00 | 33.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| **Total** | |
|-----------|--|
|           | $157.00 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 10/17/2015 | 100988 |

PAID 10/24/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | CREDITO |       |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 5 | CANELA ENTERA/LBS | | 6.50 | 32.50 |
| 1 | VASO MICHELADA HOT & SPICY 24/60 OZ CAMBIO X UNISEL | | 0.00 | 0.00 |
| 1 | VELADORA VIRGEN DE GUADALUPE BLANCA/CAJA | bx | 15.97 | 15.97 |
| 1 | VELADORA SAN JUDAS TADEO BLANCA/CAJA | bx | 15.97 | 15.97 |
| 1 | JARRITO PLASTICO 24/16 OZ FRUIT PONCH | | 17.50 | 17.50 |
| 1 | SIDRAL PLASTICO 24/16 OZ | | 17.50 | 17.50 |
| 5 | QUESO DE HEBRA EL ABUELITO/LBS | | 4.00 | 20.00 |
| 1 | MASECA REGULAR 10/4.4 LB** ESTE ES UN CREDITO** | | 0.00 | 0.00 |
| 1 | MINSA REGULAR 10/4.4 LBS | | 27.00 | 27.00 |
| 12 | HOJA DE AGUACATE/PAQ 1/8 OZ | | 0.75 | 9.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|--|
| | $155.44 |

Received in good conditions _____ cases
By _____ Date _____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
### 86-88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

# INVOICE

| Date |
|------|
| 10/13/2015 |

| Invoice # |
|-----------|
| 100840 |

**PAID**

BILL TO

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | CREDITO |       |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 12 | MAIZ POZOLERO/PAQ 40 OZ**ESTE ES UN CAMBIO** |  | 0.00 | 0.00 |
| 1 | GOYA FRIJOL NEGRO BOLSA 24/16 OZ |  | 29.99 | 29.99 |
| 1 | BOTANAS DE HARINA NICOMEX 12/2 OZ cuadro sin chile | Tira | 9.50 | 9.50 |
| 1 | BOTANAS DE HARINA NICOMEX 12/2 OZ cuadro con chile | Tira | 9.50 | 9.50 |
| 1 | VASO MICHELADA HOT & SPICY 24/60 OZ |  | 35.00 | 35.00 |
| 2 | BUBULUBU/RICOLINO 8/24 PZ |  | 8.50 | 17.00 |
| 6 | CREMA EL ABUELITO/PZ |  | 3.50 | 21.00 |
| 3 | QUESO DE HEBRA EL ABUELITO/DE 14 OZ |  | 4.50 | 13.50 |
| 1 | FRUTSI SURTIDO 24/8 .5 OZ |  | 14.00 | 14.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE
ACEPTAN FUTUROS RECLAMOS.**

| Total |
|-------|
| $149.49 |

Received in good conditions_____ cases
By_____ Date_____

ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

PAID

# INVOICE

| Date | Invoice # |
|------|-----------|
| 9/29/2015 | 100343 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | LA VISITA CHICHARRON ORIGINAL 12/5 OZ | | 28.30 | 28.30 |
| 1 | LA VISITA TRONADOR 12/6 OZ | | 28.30 | 28.30 |
| 1 | SABRITAS RANCHERITO CHICO/40 PZS | | 36.00 | 36.00 |
| 1 | BUBULUBU/RICOLINO 8/24 PZ | | 8.50 | 8.50 |
| 1 | PALETA PAYASO 12/10 PZAS | | 5.00 | 5.00 |
| 12 | CUACHALALATE/PAQ 1 OZ | | 0.75 | 9.00 |
| 1 | CARIBE DURAZNO/CAJA | | 55.00 | 55.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $170.10

Received in good conditions_____cases
By_____Date
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 9/15/2015 | 99873 |

**PAID** CHECK?

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 6 | CHILE MOLIDO/PAQ 2 OZ | | 0.75 | 4.50 |
| 6 | CHILTEPIN/PAQ 3/4 OZ | | 1.00 | 6.00 |
| 1 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO SIN CHILE | Tira | 9.50 | 9.50 |
| 1 | EL MEXICANO MANGO 6/32 OZ | | 19.90 | 19.90 |
| 1 | SABRITA CHETOS BOLITA/GRANDE/15 PZS | | 36.00 | 36.00 |
| 1 | SABRITAS CHETOS BOLITAS/CHICO/40 PZS | | 38.00 | 38.00 |
| 1 | SABRITAS CHURRUMAIZ CHICO/40 PZS | | 30.00 | 30.00 |
| 1 | SABRITAS RANCHERITOS GRANDE/15 PZS | | 37.00 | 37.00 |
| 1 | BARCEL TOREADA A LA DIABLA 10/14.94 OZ GRANDE | | 26.00 | 26.00 |
| 1 | BARCEL TOREADA JALAPEÑO 10/14.94 OZ GRANDE | | 26.00 | 26.00 |
| 1 | SABRITAS CHETOS COLMILLO CHICO/40 PZS | | 36.00 | 36.00 |
| 5 | QUESO DE HEBRA EL ABUELITO/LBS | | 4.00 | 20.00 |
| 1 | JARRITO AGUA PLASTICO 24/16 OZ | | 17.50 | 17.50 |
| 3 | CREMA EL ABUELITO/PZ | | 3.50 | 10.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $316.90

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 9/12/2015 | 99768 |

PAID 09/15/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | BOING MANGO TETRA 12/32 OZ | | 19.90 | 19.90 |
| 1 | JARRITO AGUA MINERAL PLASTICO 24/16 OZ | | 17.00 | 17.00 |
| 1 | JARRITO MANGO PLASTICO 24/16 OZ | | 17.00 | 17.00 |
| 4 | QUESO FRESCO EL ABUELITO/14 OZ | | 4.25 | 17.00 |
| 5 | QUESO DE HEBRA EL ABUELITO/LBS | | 4.00 | 20.00 |
| 1 | SQUIRT MEXICANO 8/2 LTS | | 18.00 | 18.00 |
| 1 | SIDRAL 8/1.5 LTS | | 10.75 | 10.75 |
| 1 | EL MEXICANO DURA2NO 6/32 OZ | | 19.90 | 19.90 |
| 2 | JUGO MEXICANO NATURAL LATA 24/11.33 OZ | | 50.00 | 100.00 |
| 1 | COCA COLA VIDRIO 24/12 OZ | | 22.00 | 22.00 |
| 1 | EL MEXICANO YOGURT/PINA 12/7 OZ (NO RETURNS) | | 12.50 | 12.50 |
| 1 | EL MEXICANO YOGURT/GUAYABA 12/7 OZ (NO RETURNS) | | 12.50 | 12.50 |
| 1 | CARIBE DURAZNO/CAJA | | 50.00 | 50.00 |
| 1 | GOYA FRIJOL NEGRO 12/29 OZ | | 22.50 | 22.50 |
| 3 | AYOCOTE MORADO/DE 1 LB | | 3.50 | 10.50 |
| 1 | TORTILLA LA POBLANITA /30 PQT | | 30.00 | 30.00 |
| 1 | TORTILLA CHINANTLA BLANCA/CAJA/30 PAQ | | 30.00 | 30.00 |
| 1 | MAZAPAN DISPLAY 20/30/1 | | 4.50 | 4.50 |
| 2 | CAMOTES POBLANOS/PAQ 10 | | 5.00 | 10.00 |
| 1 | PALETA PAYASO 12/10 PZAS | | 5.00 | 5.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| **Total** | |
|-----------|-----|
| | $449.05 |

Received in good conditions_____ cases
By_____ Date_____

ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
## 86-88 FIRST ST
## PASSAIC NJ 07055
## 973 815 20 62

# INVOICE

**PAID** conditions

| Date | Invoice # |
|---|---|
| 9/8/2015 | 99599 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|---|---|---|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
| 1 | MANZANITA SOL 8/2 LTS | | 18.00 | 18.00 |
| 1 | SQUIRT MEXICANO 8/2 LTS | | 18.00 | 18.00 |
| 1 | BUBULUBU/RICOLINO 8/24 PZ | | 8.50 | 8.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|---|---|
| | $44.50 |

Received in good conditions_____cases
By_____ Date
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

# INVOICE

| Date | Invoice # |
|------|-----------|
| 8/29/2015 | 99296 |

**PAID** 08/29/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | CREDITO |       |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 12 | LAUREL HOJA/PAQ 1/8 OZ | | 0.75 | 9.00 |
| 24 | COLOR DE TAMALES/pqt | | 1.00 | 24.00 |
| 1 | SOPA MARUCHAN CAMARON 12/2.25 OZ | | 5.50 | 5.50 |
| 1 | SOPA MARUCHAN CAMARON 12/2.25 OZ con chile | | 5.50 | 5.50 |
| 1 | BARCEL TAKIS FUEGO 16/4 OZ CHICO | | 19.00 | 19.00 |
| 3 | QUESO DE HEBRA EL ABUELITO/DE 14 OZ | | 4.25 | 12.75 |
| 5 | QUESO DE HEBRA NICOMEX/LBS | | 3.75 | 18.75 |
| 1 | JARRITO PLASTICO 24/16 OZ mandarina | | 17.00 | 17.00 |
| 1 | EL MEXICANO FRESA 6/32 OZ | | 19.90 | 19.90 |
| 2 | BOING MANGO y guava TETRA 12/32 OZ | | 19.90 | 39.80 |
| 1 | FRUTSI SURTIDO 24/8 .5 OZ | | 14.00 | 14.00 |
| 12 | HOJA DE AGUACATE/PAQ 1/8 OZ | | 0.75 | 9.00 |
| 6 | CUACHALALATE/PAQ 1 OZ | | 0.75 | 4.50 |
| 6 | HABA MOLIDA/PAQ 1 1/2 OZ | | 0.75 | 4.50 |
| 6 | MOLE TUZANTLAN/PAQ/16 OZ ojo falta 3 moles | | 6.00 | 36.00 |
| 4 | QUESO FRESCO EL ABUELITO/14 OZ | | 4.25 | 17.00 |
| 1 | CARIBE DURAZNO/CAJA una de cada una, menos vino tinto | | 50.00 | 50.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE
ACEPTAN FUTUROS RECLAMOS.**

| **Total** | |
|-----------|---|
|  | $306.20 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86–88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

PAID

# INVOICE

| Date | Invoice # |
|------|-----------|
| 8/18/2015 | 98905 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 25 | ESTROPAJOS LARGOS/PZ | | 3.50 | 87.50 |
| 1 | EL MEXICANO YOGURT/FRESA 12/7 OZ (NO RETURNS) | | 12.50 | 12.50 |
| 1 | BUBULUBU/RICOLINO 8/24 PZ | | 8.50 | 8.50 |
| 3 | ALEGRIA GRANDE 12 PZ | | 16.00 | 48.00 |
| 6 | PERICON/PAQ /1/8 OZ | | 0.75 | 4.50 |
| 3 | SOPA KORIAN SOBRE REG 20/BX | | 16.00 | 48.00 |
| 4 | QUESO FRESCO EL ABUELITO/14 OZ | | 4.25 | 17.00 |
| 4 | BUBBALOO//50 diferente sabor . | | 5.00 | 20.00 |
| 1 | SANGRIA PLASTICO 24/16 OZ | | 17.00 | 17.00 |
| 1 | COCA COLA VIDRIO 24/12 OZ | | 22.00 | 22.00 |
| 1 | BARCEL CHURRITOS 16/4 OZ CHICO | | 19.00 | 19.00 |
| 1 | BARCEL CHURROS 12/9.88 OZ GDE | | 23.50 | 23.50 |
| 1 | BARCEL TOREADA A LA DIABLA 10/14.94 OZ GRANDE | | 23.50 | 23.50 |
| 1 | BARCEL TOREADA A LA DIABLA 14/2.2 OZ PEQUEÑA | | 19.00 | 19.00 |
| 1 | CAMOTES POBLANOS/PAQ 10 | | 5.00 | 5.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|---|
| | $375.00 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86–88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

# INVOICE

| Date | Invoice # |
|------|-----------|
| 8/8/2015 | 98579 |

**PAID** 08/17/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | ARROZ CANILLA /1 LIBRA |  | 43.00 | 43.00 |
| 1 | ARROZ CANILLA 3 LIBRAS | bx | 62.00 | 62.00 |
| 1 | DULCES LA MOLIENDA/PALANQUETA/PAQ/24/5 OZ |  | 28.00 | 28.00 |
| 2 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO Y RUEDA | Tira | 9.50 | 19.00 |
| 1 | TOTIS CHICHARRON 9/5.3 OZ |  | 17.00 | 17.00 |
| 1 | TOTIS C/LIMON 24/50 GMS |  | 18.00 | 18.00 |
| 1 | TOTIS C/CHILE 24/50 GMS |  | 18.00 | 18.00 |
| 1 | SABRITAS RANCHERITOS GRANDE/15 PZS |  | 37.00 | 37.00 |
| 1 | SIDRAL 8/1.5 LTS |  | 10.75 | 10.75 |
| 1 | CACAHUTE JAPONES MANZELA 10/7.OZ |  | 10.00 | 10.00 |
| 1 | EL MEXICANO YOGURT/FRESA 12/7 OZ (NO RETURNS) |  | 12.50 | 12.50 |
| 1 | EL MEXICANO FRESA 6/32 OZ |  | 19.90 | 19.90 |
| 1 | EL MEXICANO GUAVA 6/32 OZ |  | 19.90 | 19.90 |
| 1 | BARCEL TAKIS FUEGO GDE 12/9.88 |  | 26.00 | 26.00 |
| 1 | SABRITAS CHURRUMAIZ GRANDE/15 PZS |  | 29.50 | 29.50 |
| 1 | SABRITAS CHURRUMAIZ CHICO/40 PZS |  | 28.50 | 28.50 |
| 24 | MANZANILLA RAMA/PAQ 1/8 OZ |  | 0.75 | 18.00 |
| 1 | MAZAPAN DISPLAY 20/30/1 |  | 4.50 | 4.50 |
| 2 | ALOE NATURAL 20/500 ML |  | 20.50 | 41.00 |
| 1 | CACAHUATE DE LA ROSA/PAQ/50 PZ |  | 16.00 | 16.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|--|
|  | $478.55 |

Received in good conditions____ cases
By_____ Date____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

PAID 08/05/2015

# INVOICE

| Date | Invoice # |
|------|-----------|
| 8/1/2015 | 98339 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATTAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 3 | CHILE DE ARBOL SIN/RABO/LIBRAS | lb | 3.50 | 10.50 |
| 25 | CHILE DE ARBOL SIN/RABO/LIBRAS | lb | 3.50 | 87.50 |
| 1 | SABRITAS CRUJITO/GRANDES/15 PZS | | 36.00 | 36.00 |
| 1 | SABRITA CHETOS BOLITA/GRANDE/15 PZS | | 36.00 | 36.00 |
| 1 | CACAHUTE JAPONES MANZELA 10/7.OZ | | 10.00 | 10.00 |
| 2 | BOTANAS DE HARINA NICOMEX 12/2 OZ | Tira | 0.00 | 0.00 |
| 2 | CAMOTES POBLANOS/PAQ 10 | | 5.00 | 10.00 |
| 1 | JABON PALMOLIVE NATURAL 72/180 VERDE | | 59.99 | 59.99 |
| 1 | TORTILLA LA POBLANITA /30 PQT | | 30.00 | 30.00 |
| 1 | VELADORA SIN IMAGEN BLANCA/CAJA | bx | 15.97 | 15.97 |
| 1 | VELADORA SANTA MUERTE BLANCA/CAJA | bx | 15.97 | 15.97 |
| 12 | TE DE TILO/ PAQ 1/8 OZ FLOR | | 1.00 | 12.00 |
| 1 | SQUIRT VIDRIO 24/12 OZ | | 23.50 | 23.50 |
| 1 | JARRITO VIDRIO 24/12.5 OZ toronja | | 16.82 | 16.82 |
| 1 | JARRITO VIDRIO 24/12.5 OZ agua | | 16.82 | 16.82 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| **Total** | $381.07 |
|-----------|---------|

Received in good conditions_____ cases
By_____ Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

# INVOICE

| Date | Invoice # |
|------|-----------|
| 7/14/2015 | 97699 |

PAID 07/21/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|---------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 12 | PALETA PAYASO 12/10 PZAS | | 4.58333 | 55.00 |
| 3 | SEMILLA MOLIDA *TOLOLOAPAN*/LBS | | 5.50 | 16.50 |
| 1 | SEMILLA TOSTADA/TIRA/12 | | 10.00 | 10.00 |
| 1 | LA VISITA CHICHARRON ORIQINAL 12/5 OZ | | 28.30 | 28.30 |
| 1 | SANGRIA PLASTICO 24/16 OZ | | 17.00 | 17.00 |
| 1 | MANDARINA PLASTICO 24/16 OZ | | 17.00 | 17.00 |
| 1 | JARRITO DE FRUITPUNCH PLASTICO 24/16 OZ | | 17.00 | 17.00 |
| 1 | MANZANITA SOL VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | SANGRIA VIDRIO 24/12.5 OZ | | 16.82 | 16.82 |
| 1 | SIDRAL 8/1.5 LTS | | 10.75 | 10.75 |
| 1 | JARRITO DE MANDARINA 8/1.5 LTS | | 10.75 | 10.75 |
| 1 | CHOCOLATE MARCA *IBARRA* 12/18.6 OZ | | 36.09 | 36.09 |
| 4 | BEDOYECTA CAPSULES PAQ/30 PZS *** SON A CAMBIO | | 0.00 | 0.00 |
| 1 | CAMOTES POBLANOS/PAQ 10 | | 5.00 | 5.00 |
| 1 | PALANQUETA NICOMEX GRANDE/ (12) PQT | | 12.00 | 12.00 |
| 1 | JAMONSILLO GRANDE/PAQ | | 15.00 | 15.00 |
| 4 | MOLCAJETES DE PIEDRA CHICOS/PAQ DE 6 | | 15.00 | 60.00 |
| 1 | JARRITO DE NARANJA VIDRIO 24/12.5 OZ | | 16.82 | 16.82 |
| 1 | JARRITO DE PIÑA VIDRIO 24/12.5 OZ | | 16.82 | 16.82 |
| 2 | PEÑAFIEL VIDRIO 24/12 OZ ***LOS QUE HAYA | | 26.00 | 52.00 |
| 1 | TOTIS/BOLSA/LIMON *****OJO YA LOS DEJO EL CHOFER | | 3.50 | 3.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $442.35

Received in good conditions____ cases
By_____Date____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
### 86-88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

# INVOICE

**PAID**

| Date | Invoice # |
|------|-----------|
| 7/7/2015 | 97501 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | JARRITO PLASTICO 24/16 OZ  agua |  | 17.00 | 17.00 |
| 1 | GARBANZO ENCHILADO/TIRA/12 |  | 9.00 | 9.00 |
| 1 | PISTACHE/TIRA/12 |  | 14.00 | 14.00 |
| 1 | BOING durazno TETRA 12/32 OZ |  | 19.90 | 19.90 |
| 1 | JUMEX NECTAR DE MANGO 12/33.81 OZ |  | 16.25 | 16.25 |
| 1 | JUMEX tamarindo LATA 24/11.33 OZ |  | 13.75 | 13.75 |
| 1 | JARRITO 8/1.5 LTS agua |  | 10.75 | 10.75 |
| 6 | LUCAS MUECAS /PAQ uno de cada sabor |  | 4.50 | 27.00 |
| 1 | PELON PELO RICO 4/PAQ  PELONAZO |  | 4.50 | 4.50 |
| 2 | BOTANAS DE HARINA NICOMEX 12/2 OZ | Tira | 9.50 | 19.00 |
| 1 | CAMOTES POBLANOS/PAQ 10 |  | 5.00 | 5.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE
ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|---|
|  | $156.15 |

Received in good conditions_____cases
By_____Date
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
## 86-88 FIRST ST
## PASSAIC NJ 07055
## 973 815 20 62

# INVOICE

| Date | Invoice # |
|---|---|
| 6/23/2015 | 97002 |

**PAID** *CHARGES*

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|---|---|---|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
| 1 | TARUGO ENCHILADO/TIRA/12 | | 12.00 | 12.00 |
| 4 | BOTANAS DE HARINA NICOMEX 12/2 OZ variadas | Tira | 9.50 | 38.00 |
| 1 | BARCEL TAKIS verde GDE 12/9.88 | | 26.00 | 26.00 |
| 1 | BARCEL TAKIS verde 16/4 OZ CHICO | | 19.00 | 19.00 |
| 1 | SALSA VALENTINA REGULAR 24/12 OZ | | 20.98 | 20.98 |
| 1 | TOTIS CHICHARRON 9/5.3 OZ | | 17.00 | 17.00 |
| 2 | JUGO MEXICANO NATURAL LATA 24/11.33 OZ | | 50.00 | 100.00 |
| 1 | NEW MIX VAMPIRO/CAJA/LATA | | 50.00 | 50.00 |
| 1 | SAL LA FINA 12/26 OZ | | 12.87 | 12.87 |
| 1 | ADOBO GOYA TAPA AZUL 12/8 OZ con pimienta ojo precios | | 35.00 | 35.00 |
| 1 | GOYA GARBANZO 24/15 OZ **chico | | 21.50 | 21.50 |
| 1 | VELADORA VIRGEN DE GUADALUPE BLANCA/CAJA | bx | 15.97 | 15.97 |
| 5 | TORTILLADORA DE METAL 7.5'/PZ | | 15.00 | 75.00 |
| 1 | SOPA MARUCHAN CAMARON 12/2.25 OZ con chile | | 5.50 | 5.50 |
| 1 | ACEITE 1-2-3 12/1 LT | | 30.00 | 30.00 |
| 6 | TE DE TILO/ PAQ 1/8 OZ flor | | 1.00 | 6.00 |
| 1 | GOYA FRIJOL ROJO 12/29 OZ | | 22.50 | 22.50 |
| 1 | GOYA FRIJOL ROSADO 12/29 OZ | | 22.50 | 22.50 |
| 1 | LA MORENA RAJAS 12/27 OZ | | 28.50 | 28.50 |
| 4 | QUESO FRESCO EL ABUELITO/14 OZ | | 4.25 | 17.00 |
| 5 | QUESO DE HEBRA EL ABUELITO/LBS | | 3.50 | 17.50 |
| 1 | MAYONESA MC CORMICK 24/7 OZ | | 29.99 | 29.99 |
| 1 | CACAHUTE JAPONES MANZELA 10/7.OZ | | 10.00 | 10.00 |
| 1 | MANZANITA SOL VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | SIDRAL MUNDET PLASTICO 24/16 OZ | | 17.00 | 17.00 |
| 1 | TORTILLADORA DE METAL 7.5'/PZ | | 15.00 | 15.00 |

**FAVOR DE REVISAR SU MERCANCIA. NO SE ACEPTAN FUTUROS RECLAMOS.**

| **Total** | |
|---|---|
| | **$690.81** |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.