

# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

PAID

| Date | Invoice # |
|------|-----------|
| 6/20/2015 | 96954 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | BARCEL TAKIS verde GDE 12/9.88 | | 26.00 | 26.00 |
| 1 | MANZANITA SOL 8/2 LTS | | 18.00 | 18.00 |
| 1 | MANZANITA SOL VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | PEPSI COLA VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | COCO BANDERA /PAQ | | 10.00 | 10.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | $106.00 |
|-------|---------|

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

PAID

# INVOICE

| Date | Invoice # |
|------|-----------|
| 6/15/2015 | 96696 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | CREDITO |       |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | TOSTADA CHARRA NATURAL CAJA/15 PZS | | 25.00 | 25.00 |
| 1 | SOPA MARUCHAN CAMARON 12/2.25 OZ | | 5.50 | 5.50 |
| 1 | SOPA MARUCHAN POLLO 12/2.25 OZ | | 5.50 | 5.50 |
| 2 | GOYA FRIJO PINTO Y ROJO 24/15 OZ | | 22.50 | 45.00 |
| 1 | SALSA VALENTINA NEGRA 24/12 OZ | | 23.33 | 23.33 |
| 2 | BOING MANGO Y GUAVA TETRA 12/32 OZ | | 19.90 | 39.80 |
| 1 | MIRINDA 8/2 LTS | | 18.00 | 18.00 |
| 1 | TORTILLA LA POBLANITA /30 PQT | | 30.00 | 30.00 |
| 2 | EL MEXICANO FRESA Y DURAZNO 6/32 OZ | | 19.90 | 39.80 |
| 1 | FRUTSI SURTIDO 24/8 .5 OZ | | 14.00 | 14.00 |
| 1 | MAZAPAN DISPLAY 20/30/1 | | 4.50 | 4.50 |
| 1 | DUVALIN 2 SABORES/PQT**CHOCOLATE/VAINILLA | | 3.00 | 3.00 |
| 1 | DUVALIN 2 SABORES/PQT**STRAWBERRY/VAINILLA | | 3.00 | 3.00 |
| 3 | BEDOYECTA CAPSULES PAQ/30 PZS | | 9.00 | 27.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total**     $283.43

Received in good conditions_____ cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
### 86-88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

# INVOICE

| Date | Invoice # |
|------|-----------|
| 6/9/2015 | 96548 |

PAID 08/13/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 4 | BEDOYECTA CAPSULES PAQ/30 PZS | | 9.00 | 36.00 |
| 1 | DULCE LA MOLIENDA GARAPIÑADO/PAQ 25 PZS | | 25.00 | 25.00 |
| 1 | PALETA PAYASO 12/10 PZAS | | 5.00 | 5.00 |
| 4 | JUMEX MANGO, fresa/banana, guaba y guanabana LATA 24/11.33 OZ | | 13.75 | 55.00 |
| 2 | JARRITO de limon y fruitpunch VIDRIO 24/12.5 OZ | | 16.82 | 33.64 |
| 1 | MIRINDA VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | SQUIRT VIDRIO 24/12 OZ | | 23.50 | 23.50 |
| 1 | COCA COLA VIDRIO 24/12 OZ | | 22.00 | 22.00 |
| 1 | VELADORA VIRGEN DE GUADALUPE BLANCA/CAJA | bx | 15.97 | 15.97 |
| 1 | JUMEX NECTAR DE MANGO Y GUABA 12/33.81 OZ | | 16.25 | 16.25 |
| 1 | SALSA BUFALO CLASICA 24/5 OZ**regular | | 20.45 | 20.45 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS,**

| Total | |
|-------|--------|
| | $278.81 |

Received in good conditions_____ cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86–88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

PAID

| Date | Invoice # |
|------|-----------|
| 5/30/2015 | 96274 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E-116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 3 | CHILE COSTEÑO/LIBRAS |  | 3.75 | 11.25 |
| 1 | LA MORENA CHIPOTLES 48/7oz 200 GRAMOS |  | 58.00 | 58.00 |
| 1 | VELADORA SANTA MUERTE (ROJA()/CAJA | bx | 15.97 | 15.97 |
| 1 | MANZANITA SOL 8/2 LTS |  | 18.00 | 18.00 |
| 3 | CARIBE DURAZNO, COLOR VINO TINTO Y MANGO /CAJA |  | 50.00 | 150.00 |
| 1 | JARRITO 8/1.5 LTS tamarindo |  | 10.75 | 10.75 |
| 1 | JARRITO 8/1.5 LTS limon |  | 10.75 | 10.75 |
| 1 | JUMEX MANGO LATA 24/11.33 OZ |  | 13.75 | 13.75 |
| 1 | JUMEX LATA 24/11.33 OZ tamarindo |  | 13.75 | 13.75 |
| 1 | JUMEX pera LATA 24/11.33 OZ |  | 13.75 | 13.75 |
| 1 | SABRITAS CHURRUMAIZ GRANDE/18 PZS |  | 36.00 | 36.00 |
| 1 | SABRITAS CRUJITO/CHICO/40 PZS |  | 36.00 | 36.00 |
| 4 | QUESO FRESCO EL ABUELITO/14 OZ |  | 4.25 | 17.00 |
| 1 | SOPA MARUCHAN pollo 12/2.25 OZ |  | 5.50 | 5.50 |
| 1 | SOPA MARUCHAN res 12/2.25 OZ |  | 5.50 | 5.50 |
| 1 | SOPA MARUCHAN CAMARON 12/2.25 OZ |  | 5.50 | 5.50 |
| 1 | SOPA MARUCHAN CAMARON con chile 12/2.25 OZ |  | 5.50 | 5.50 |
| 1 | SOPA MARUCHAN pollo con chile 12/2.25 OZ |  | 5.50 | 5.50 |
| 1 | MASECA REGULAR 10/4.4 LB |  | 29.50 | 29.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | $461.97 |
|-------|---------|

Received in good conditions_____ cases
By_____ Date____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!
We appreciate your Business. Thanks.



# NICOMEX INC.
**86–88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

PAID

| Date | Invoice # |
|---|---|
| 5/19/2015 | 95865 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|---|---|---|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
| 1 | GOYA FRIJOL NEGRO 12/29 OZ | | 22.50 | 22.50 |
| 4 | BOTANAS DE HARINA NICOMEX 12/2 OZ***2 y 2 de cualquiera (sin chile) | Tira | 9.50 | 38.00 |
| 1 | SANGRIA PLASTICO 24/16 OZ | | 17.00 | 17.00 |
| 1 | AGUA MINERAL 8/1.5 LTS | | 10.75 | 10.75 |
| 1 | SIDRAL VERDE 8/1.5 LTS | | 10.75 | 10.75 |
| 1 | MIRINDA 8/2 LTS | | 16.00 | 16.00 |
| 1 | COCA COLA VIDRIO 24/12 OZ | | 22.00 | 22.00 |
| 1 | PEPSI COLA VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | BUBULUBU/RICOLINO 8/24 PZ | | 8.50 | 8.50 |
| 1 | PALETA PAYASO 12/10 PZAS | | 5.00 | 5.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|---|---|
| | $176.50 |

Received in good conditions_____cases
By_____Date
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 5/12/2015 | 95607 |

**PAID**

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | CREDITO |       |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 5 | JARRITO PLASTICO 24/16 OZ, TORONJA , NARANJA , TAMARINDO , MANGO ,PINA Y AGUA MINERAL | | 17.00 | 85.00 |
| 1 | DULCES LA MOLIENDA SURTIDOS/CAJA/60 PZS | bx | 60.00 | 60.00 |
| 1 | SIDRAL 8/1.5 LTS | | 10.75 | 10.75 |
| 3 | BOING MANGO TETRA 12/32 OZFRESA , FRESA BANANA, GUAVA | | 19.90 | 59.70 |
| 1 | VELADORA SANTA MUERTE NEGRA/CAJA | bx | 15.97 | 15.97 |
| 2 | SOPA MARUCHAN CAMARON Y POLLO CON CHILE12/2.25 OZ | | 5.50 | 11.00 |
| 1 | JAMONSILLO GRANDE/PAQ ***CAMBIO | | 0.00 | 0.00 |
| 1 | SALSA VALENTINA REGULAR 24/12 OZ | | 20.98 | 20.98 |
| 1 | MIRINDA 8/2 LTS | | 16.00 | 16.00 |
| 1 | EL MEXICANO DURAZNO FRESA 6/32 OZ | | 19.90 | 19.90 |
| 1 | EL MEXICANO YOGURT/DURA2NOFRESA 12/7 OZ (NO RETURNS) | | 12.50 | 12.50 |
| 4 | QUESO FRESCO EL ABUELITO/14 OZ | | 4.25 | 17.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|--|
|       | $328.80 |

Received in good conditions_____cases
By_____Date_____

ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 5/9/2015 | 95527 |

**PAID** 05/14/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | FLOR DE CALABAZA 12/32 OZ | | 48.00 | 48.00 |
| 1 | MIRINDA VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | SQUIRT VIDRIO 24/12 OZ | | 23.50 | 23.50 |
| 3 | SOPA MARUCHAN CAMARON, POLLO, RES Y VEGETALES 12/2.25 OZ***SIN CHILE | | 5.50 | 16.50 |
| 1 | MANZANITA SOL VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | PENAFIEL VIDRIO 24/12 OZ** AGUA MINERAL | | 26.00 | 26.00 |
| 2 | CARIBE COOLLER FRESA,MANGO Y MARACUYA/CAJA | | 50.00 | 100.00 |
| 3 | JARRITO 8/1.5 LTS**TORONJA, MANDARINA Y MANGO | | 10.75 | 32.25 |
| 1 | SANGRIA 8/1.5 LTS | | 10.75 | 10.75 |
| 1 | BOING MANGO, TETRA 12/32 OZ | | 19.90 | 19.90 |
| 1 | PICA LIMON/ PQT 100 | | 3.50 | 3.50 |
| 1 | PALETA PAYASO 12/10 PZAS | | 5.00 | 5.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $337.40

Received in good conditions_____ cases
By_____ Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

PAID

| Date | Invoice # |
|---|---|
| 4/28/2015 | 95076 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|---|---|---|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
| 4 | PELON PELONAZO RICO 4/PAQ | | 6.50 | 26.00 |
| 1 | AZUCAR DOMINO 8/4 LIBRAS | | 28.50 | 28.50 |
| 1 | LA MORENA JALAPEÑO ENTERO 24/7 OZ. | | 18.75 | 18.75 |
| 1 | CHOCOLATE CARLOS V/PAQ/96 | | 26.00 | 26.00 |
| 1 | VICKY MEXICANA 12/1.2 LTS | | 68.00 | 68.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|---|---|
| | $167.25 |

Received in good conditions_____cases
By_____Date____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/25/2015 | 94973 |

**PAID**

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
| 1 | DULCES LA MOLIENDA SURTIDOS/CAJA/60 PZS | bx | 60.00 | 60.00 |
| 1 | SALSAGUETTI MANGO /PAQUETE | | 5.00 | 5.00 |
| 2 | SALSAGUETTI SANDIA /PAQUETE | | 5.00 | 10.00 |
| 1 | JUMEX NECTAR DE FRESA/PLATANO 12/33.81 OZ | | 16.25 | 16.25 |
| 1 | JARRITO PLASTICO 24/16 OZ AGUA MINERAL | | 18.00 | 18.00 |
| 2 | CARIBE DURAZNO/CAJA | | 50.00 | 100.00 |
| 1 | NEW MIX VAMPIRO/CAJA/LATA | | 55.00 | 55.00 |
| 1 | NEW MIX PALOMA/CAJA/LATA | | 55.00 | 55.00 |
| 1 | TARUGO ENCHILADO/TIRA/12 | | 12.00 | 12.00 |
| 1 | PALETA PAYASO 12/10 PZAS | | 5.00 | 5.00 |
| 25 | CHILE GUAJILLO PAPRICA/LIBRAS | lb | 2.60 | 65.00 |
| 1 | DETERGENTE ARIEL CON DAWNY 30/400 GMS | | 29.50 | 29.50 |
| 4 | LUCAS MUECAS SURTIDOS/PAQ | | 4.50 | 18.00 |
| 1 | PALETA CLASICA/PAQUETE | | 4.00 | 4.00 |
| 3 | DUVALIN 2 SABORES/PQT**SURTIDOS** | | 3.00 | 9.00 |
| 2 | MAZAPAN DISPLAY 20/30/1 | | 4.50 | 9.00 |
| 8 | QUESO FRESCO EL ABUELITO/14 OZ | | 4.25 | 34.00 |
| 1 | TORTILLA LA POBLANITA /30 PQT | | 30.00 | 30.00 |
| 2 | VERO RELLERINDO/BOLSA/60 PZS | | 4.25 | 8.50 |
| 5 | CANELA ENTERA/LBS | | 6.50 | 32.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|---|---|
| | $575.75 |

Received in good conditions____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!
We appreciate your Business. Thanks.



# NICOMEX INC.
### 86-88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

# INVOICE

PAID

| Date | Invoice # |
|------|-----------|
| 4/14/2015 | 94586 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | EL MEXICANO FRESA 6/32 OZ | | 19.90 | 19.90 |
| 1 | EL MEXICANO 6/32 OZ fresa banana | | 19.90 | 19.90 |
| 1 | EL MEXICANO GUAVA 6/32 OZ | | 19.90 | 19.90 |
| 1 | JUGO MEXICANO LATA 24/11.33 OZ | | 48.00 | 48.00 |
| 1 | CARIBE /CAJA UNA DE CADA SABOR | | 50.00 | 50.00 |
| 1 | MINSA REGULAR 10/4.4 LBS | | 27.50 | 27.50 |
| 1 | SABRITAS CHURRUMAIZ GRANDE/18 PZS | | 36.00 | 36.00 |
| 1 | BARCEL TAKIS FUEGO 16/4 OZ CHICO | | 19.00 | 19.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|-------|
| | $240.20 |

Received in good conditions_____ cases
By_____Date
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
### 86-88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

**PAID** Cartagena

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/4/2015 | 94274 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 2 | BOTANAS DE HARINA NICOMEX 12/2 OZ RUEDA SIN CHILE | Tira | 9.50 | 19.00 |
| 1 | BRILLANTINA PALMOLIVE LIQ 52 ML |  | 23.95 | 23.95 |
| 1 | WILDROT 12/250 ML. |  | 55.75 | 55.75 |
| 1 | DULCES LA MOLIENDA SURTIDOS/CAJA/60 PZS | bx | 65.00 | 65.00 |
| 1 | TORTILLA LA POBLANITA /30 PQT |  | 30.00 | 30.00 |
| 1 | ACEITE 1-2-3  12/1 LT |  | 30.00 | 30.00 |
| 1 | NUEZ PELADA/TIRA/12 |  | 14.00 | 14.00 |
| 12 | ALMENDRA NATURAL/PAQ 2 OZ |  | 1.00 | 12.00 |
| 1 | SEMILLA ENCHILADA/TIRA/12 |  | 12.00 | 12.00 |
| 1 | JARRITO PLASTICO 24/16 OZ FRUIT PONCH |  | 18.00 | 18.00 |
| 2 | PALETA PAYASO 12/10 PZAS |  | 5.00 | 10.00 |
| 1 | VELADORA  AMARILLA SIN IMAGEN/CAJA | bx | 15.97 | 15.97 |
| 1 | TOTIS CHICHARRON 9/5.3 OZ |  | 18.00 | 18.00 |
| 1 | MINSA REGULAR 10/4.4 LBS |  | 25.00 | 25.00 |
| 1 | MASECA REGULAR 10/4.4 LB |  | 29.50 | 29.50 |
| 1 | MANZANITA SOL 8/2 LTS |  | 18.00 | 18.00 |
| 1 | JARRITO 8/1.5 LTS MANDARINA |  | 10.75 | 10.75 |
| 1 | SQUIRT MEXICANO 8/2  LTS |  | 18.00 | 18.00 |
| 1 | JUMEX NECTAR DE MANZANA 12/33.81 OZ |  | 16.25 | 16.25 |
| 1 | SIDRAL PLASTICO 24/16 OZ |  | 18.00 | 18.00 |
| 1 | JARRITO PLASTICO 24/16 OZ TAMARINDO |  | 18.00 | 18.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|---|
|  | $477.17 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
### 86–88 FIRST ST
### PASSAIC NJ 07055
### 973 815 20 62

# INVOICE

**PAID** *GRACIAS*

| Date | Invoice # |
|------|-----------|
| 3/28/2015 | 94018 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | PISTACHE/TIRA/12 |  | 14.00 | 14.00 |
| 1 | SEMILLA TOSTADA/TIRA/12 |  | 12.00 | 12.00 |
| 1 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO SIN CHILE | Tira | 9.50 | 9.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $35.50

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 3/24/2015 | 93828 |

**PAID** *(stamp)*

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 2 | BARAJA DE PLASTICO/PAQ | | 45.00 | 90.00 |
| 6 | COLA DE CABALLO/PAQ 1/8 OZ | | 0.75 | 4.50 |
| 1 | CHOCOLATE CARLOS V/PAQ/96 | | 26.00 | 26.00 |
| 1 | CARIBE DURAZNO/CAJA | | 50.00 | 50.00 |
| 1 | EL MEXICANO FRESA 6/32 OZ | | 19.90 | 19.90 |
| 1 | EL MEXICANO YOGURT/FRESA 12/7 OZ (NO RETURNS) | | 12.50 | 12.50 |
| 1 | JARRITO PLASTICO MANDARINA 24/16 OZ | | 18.00 | 18.00 |
| 1 | JUMEX NECTAR DE MANGO 12/33.81 OZ | | 16.25 | 16.25 |
| 1 | JUMEX NECTAR DE FRESA/PLATANO 8/2 LITROS | | 18.50 | 18.50 |
| 1 | SIDRAL VIDRIO 24/12.5 OZ | | 14.82 | 14.82 |
| 1 | SABRITAS CHURRUMAIZ CHICO/50 PZS | | 35.00 | 35.00 |
| 1 | SABRITAS CHURRUMAIZ GRANDE/18 PZS | | 35.00 | 35.00 |
| 1 | SABRITAS RANCHERITOS GRANDE/15 PZS | | 37.00 | 37.00 |
| 100 | FRIJOL NEGRO/LBS | | 0.70 | 70.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|--|
| | $447.47 |

Received in good conditions____cases
By_____Date
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

PAID 03/24/2015

# INVOICE

| Date | Invoice # |
|------|-----------|
| 3/17/2015 | 93565 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
| 1 | VICKY MEXICANA 12/1.2 LTS | | 75.00 | 75.00 |
| 1 | BARCEL TAKIS FUEGO GDE 12/9.88 | | 26.00 | 26.00 |
| 1 | BARCEL TOREADA A LA DIABLA 14/2.2 OZ PEQUEÑA | | 19.00 | 19.00 |
| 1 | SIDRAL 8/1.5 LTS | | 10.75 | 10.75 |
| 1 | MANZANITA SOL 8/2 LTS | | 18.00 | 18.00 |
| 1 | MIRINDA 8/2 LTS | | 18.00 | 18.00 |
| 1 | EL MEXICANO FRESA 6/32 OZ | | 19.90 | 19.90 |
| 1 | EL MEXICANO PINA 6/32 OZ | | 19.90 | 19.90 |
| 1 | SOPA MARUCHAN CAMARON SIN CHILE 12/2.25 OZ | | 5.50 | 5.50 |
| 1 | GOYA FRIJOL NEGRO 12/29 OZ | | 22.00 | 22.00 |
| 1 | LA COSTEÑA FRIJOLES REFRITOS NEGROS 12/20 OZ | | 15.50 | 15.50 |
| 1 | GOYA FRIJOL PINTO 24/15 OZ | | 22.50 | 22.50 |
| 1 | SAL LA FINA 12/26 OZ | | 12.87 | 12.87 |
| 1 | VELADORA SAN JUDAS BLANCA/CAJA | bx | 15.97 | 15.97 |
| 1 | FABULOSO LAVANDA 24/500 MIL | | 20.72 | 20.72 |
| 1 | MINSA REGULAR 10/4.4 LBS | | 27.50 | 27.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|---|---|
| | $349.11 |

Received in good conditions____ cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 3/3/2015 | 93069 |

**PAID**

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | JUMEX NECTAR DE MANZANA 12/33.81 OZ | | 16.25 | 16.25 |
| 1 | JUMEX NECTAR DE DURAZNO 12/33.81 OZ | | 16.25 | 16.25 |
| 1 | JUMEX NECTAR DE FRESA/PLATANO 12/33.81 OZ | | 16.25 | 16.25 |
| 1 | PENAFIEL AGUA VIDRIO 24/12 OZ | | 26.00 | 26.00 |
| 1 | SIDRAL PLASTICO 24/16 OZ | | 18.00 | 18.00 |
| 1 | BOTANAS DE HARINA tubo CON CHILE NICOMEX 12/2 OZ | Tira | 9.50 | 9.50 |
| 1 | BOTANAS DE HARINA rueda SIN CHILE NICOMEX 12/2 OZ | Tira | 9.50 | 9.50 |
| 1 | LA VISITA CHICHARRON ORIGINAL 12/5 OZ | | 28.30 | 28.30 |
| 1 | GOYA FRIJOL NEGRO 12/29 OZ | | 22.75 | 22.75 |
| 1 | SEMILLA TOSTADA/TIRA/12 | | 10.00 | 10.00 |
| 1 | VICKY MEXICANA 12/1.2 LTS | | 75.00 | 75.00 |
| 6 | PASTA DE CHICHARRIN 10 X 10/DE 1 LB | | 2.00 | 12.00 |
| 6 | PASTA DE CHICHARRIN RUEDA/DE 1 LB | | 2.00 | 12.00 |
| 2 | VASO MICHELADA HOT & SPICY 24/60 OZ | | 35.00 | 70.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|------|
| | $341.80 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 2/28/2015 | 93009 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

**PAID** (stamp)

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | MINSA REGULAR 10/4.4 LBS | | 27.50 | 27.50 |
| 1 | LA VISITA TRONADOR 12/6 OZ | | 28.30 | 28.30 |
| 1 | HUITLACOCHE FRASCO 12/32 OZ | | 65.00 | 65.00 |
| 1 | GAMESA ANIMALITOS 12/16 OZ | | 16.50 | 16.50 |
| 1 | EL MEXICANO PINA 6/32 OZ | | 19.90 | 19.90 |
| 1 | EL MEXICANO YOGURT/PINA 12/7 OZ (NO RETURNS) | | 12.50 | 12.50 |
| 1 | JUGO MEXICANO LATA 24/11.33 OZ | | 50.00 | 50.00 |
| 12 | MANZANILLA RAMA/PAQ 1/8 OZ | | 0.75 | 9.00 |
| 1 | DETERGENTE FOCA POLVO 18/1 KG. | | 31.73 | 31.73 |
| 1 | DETERGENTE ROMA POLVO 18/2 LBS | | 30.32 | 30.32 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $290.75

Received in good conditions_____cases
By_____ Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

PAID

| Date | Invoice # |
|------|-----------|
| 2/14/2015 | 92472 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | CREDITO |       |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | CHOCOLATE ABUELITA INSTANTANEO 12/8 OZ | | 28.90 | 28.90 |
| 1 | AZUCAR DOMINO 8/4 LIBRAS | | 28.50 | 28.50 |
| 1 | SABRITAS SABRITON/GRANDE/8 PZS | | 22.00 | 22.00 |
| 6 | CAFE LEGAL/PQT/30 | | 11.00 | 66.00 |
| 1 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO SIN CHILE | Tira | 9.50 | 9.50 |
| 1 | SEMILLA TOSTADA/TIRA/12 | | 10.00 | 10.00 |
| 1 | SEMILLA ENCHILADA/TIRA/12 | | 12.00 | 12.00 |
| 2 | PISTACHE/TIRA/12 | | 14.00 | 28.00 |
| 1 | MANGO ENCHILADO/TIRA/12 | | 9.00 | 9.00 |
| 6 | CANELA ENT/PAQ 1 1/2 OZ | | 1.00 | 6.00 |
| 1 | PULPA CISNE/PAQUETE | | 4.50 | 4.50 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|---|
|       | $224.40 |

Received in good conditions_____ cases
By_____ Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD CONDITIONS!!.
We appreciate your Business, Thanks.



# NICOMEX INC.
86–88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

**PAID** 02/10/2015

# INVOICE

| Date | Invoice # |
|---|---|
| 2/3/2015 | 92086 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|---|---|---|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
| 1 | SOPA LA MODERNA 20/7 OZ FIDEO # 2 | | 8.50 | 8.50 |
| 1 | SOPA LA MODERNA 20/7 OZ SPAGUETTI | | 8.50 | 8.50 |
| 1 | SOPA LA MODERNA 20/7 OZ CODO | | 8.50 | 8.50 |
| 1 | BOING DURAZNO TETRA 12/32 OZ | | 19.90 | 19.90 |
| 1 | JUMEX NECTAR DE FRESA/PLATANO 12/33.81 OZ | | 16.25 | 16.25 |
| 1 | BOING MANGO TETRA 12/32 OZ | | 19.90 | 19.90 |
| 1 | BOING GUAYABA TETRA 12/32 OZ | | 19.90 | 19.90 |
| 1 | MINSA REGULAR 10/4.4 LBS | | 27.50 | 27.50 |
| 2 | CACAHUTE JAPONES MANZELA 10/7.OZ | | 10.00 | 20.00 |
| 1 | TOTIS/BOLSA/CHILE Y LIMON | | 3.50 | 3.50 |
| 1 | FRUTSI SURTIDO 24/8 .5 OZ | | 14.00 | 14.00 |
| 1 | BOING MANGO TRIANGULO 24/6.76 OZ | | 15.00 | 15.00 |
| 1 | ARROZ CANILLA 3 LIBRAS | bx | 62.00 | 62.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| **Total** | |
|---|---|
| | $243.45 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86–88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

**PAID**

| Date | Invoice # |
|------|-----------|
| 1/26/2015 | 91839 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 12 | EUCALIPTO/PAQ 1/8 OZ | | 0.75 | 9.00 |
| 12 | EPAZOTE/PAQ 1/8 OZ | | 0.75 | 9.00 |
| 12 | HOJA DE NARANJO/PAQ 1/8 OZ | | 1.00 | 12.00 |
| 12 | ALBACAR RAMA/PAQ 1/8 OZ | | 0.75 | 9.00 |
| 12 | SAL MEXICANA/PAQ 2 1/2 OZ | | 0.75 | 9.00 |
| 5 | CARIBE SURTIDOS/CAJA | | 50.00 | 250.00 |
| 1 | QUESO SUPREMO/CAJA | | 50.00 | 50.00 |
| 1 | EL MEXICANO YOGURT/PINA 12/7 OZ (NO RETURNS) | | 12.00 | 12.00 |
| 1 | JUMEX NECTAR DE FRESA BANANA 12/33.81 OZ | | 16.25 | 16.25 |
| 1 | VELADORA SAGRADO CORAZON DE JESUS /CAJA | bx | 15.97 | 15.97 |
| 1 | VELADORA DIVINO NINO /CAJA | bx | 15.97 | 15.97 |
| 1 | TORTILLA EL PAISANO BLANCA/CAJA/30 PAQ | | 35.00 | 35.00 |
| 1 | PISTACHE/TIRA/12 | | 14.00 | 14.00 |
| 2 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO CON CHILE | Tira | 9.50 | 19.00 |
| 40 | CACAHUATE TOSTADO/LIBRAS | lb | 1.85 | 74.00 |
| 3 | JARRITO 8/1.5 LTS TORONJA,TAMARINDO,MANDARINA | | 11.00 | 33.00 |
| 1 | HOJA SANTA/PAQ 1/8 OZ | | 0.75 | 0.75 |
| 1 | SAL DE UVAS PICOT/CAJA | bx | 39.00 | 39.00 |
| 3 | JARRITO PLASTICO 24/16 OZ LIMON,AGUA,TAMARINDO | | 18.00 | 54.00 |
| 3 | QUESO FRESCO CHINANTLA/14 OZ | | 4.25 | 12.75 |
| 1 | CACAHUTE JAPONES MANZELA 10/7.OZ | | 10.00 | 10.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|-------|--------|
| | $699.69 |

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any incomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

# INVOICE

| Date | Invoice # |
|------|-----------|
| 1/20/2015 | 91618 |

PAID

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|---------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 6 | JARRITO 8/1.5 LTS LIMON,TAMARINDO,MANGO,PINA,FRESA,SIDRAL |  | 10.99 | 65.94 |
| 1 | JARRITO PLASTICO 24/16 OZ FRUIT PONCH |  | 18.00 | 18.00 |
| 1 | BOING MANGO VIDRIO 24/12 OZ |  | 26.00 | 26.00 |
| 1 | BOING GUAYABA VIDRIO 24/12 OZ |  | 26.00 | 26.00 |
| 1 | CHOCOLATE ABUELITA BARRA 12/18.6 Oz | bx | 36.00 | 36.00 |
| 1 | CHOCOLATE IBARRA 12/18.6 OZ |  | 36.00 | 36.00 |
| 2 | ROCALETA BOLSA 10/20 PZS |  | 5.00 | 10.00 |
| 2 | BOTANAS DE HARINA NICOMEX 12/2 OZ CUADRO SIN CHILE | Tira | 9.50 | 19.00 |
| 1 | PISTACHE/TIRA/12 |  | 14.00 | 14.00 |
| 1 | SEMILLA ENCHILADA/TIRA/12 |  | 12.00 | 12.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $262.94

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
**86-88 FIRST ST**
**PASSAIC NJ 07055**
**973 815 20 62**

# INVOICE

**PAID**

| Date | Invoice # |
|------|-----------|
| 1/13/2015 | 91314 |

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | CREDITO |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | VICKY MEXICANA 12/1.2 LTS |  | 75.00 | 75.00 |
| 6 | MOLE TUZANTLAN/PAQ/16 OZ |  | 5.75 | 34.50 |
| 1 | SEMILLA TOSTADA/TIRA/12 |  | 10.00 | 10.00 |
| 1 | CACAHUTE JAPONES MANZELA 10/7.OZ |  | 12.00 | 12.00 |
| 1 | MAYONESA MC CORMICK 24/7 OZ |  | 30.50 | 30.50 |
| 4 | BOING MANGO,GUAYABA,FRESA,DURAZNO TETRA 12/32 OZ |  | 19.90 | 79.60 |
| 2 | JUMEX NECTAR DE MANGO,GUAYABA 12/33.81 OZ |  | 16.25 | 32.50 |
| 1 | JUMEX GUANABANA LATA 24/11.33 OZ |  | 13.50 | 13.50 |
| 2 | AYOCOTE MORADO/DE 1 LB |  | 3.50 | 7.00 |
| 1 | DULCES LA MOLIENDA SURTIDOS/CAJA/60 P2S | bx | 65.00 | 65.00 |
| 3 | DUVALIN 2 SABORES/PQT |  | 3.00 | 9.00 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

**Total** $368.60

Received in good conditions_____cases
By_____Date_____
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.



# NICOMEX INC.
86-88 FIRST ST
PASSAIC NJ 07055
973 815 20 62

# INVOICE

| Date | Invoice # |
|---|---|
| 1/3/2015 | 91040 |

**PAID** 01/03/2015

**BILL TO**

MILDRED DELY GROCERY INC
231 E- 116TH STREET
MANHATHAN NY 10029
TEL(212) 828-9097
SRA. COLOMBIA

| P.O. No. | Terms | Project |
|---|---|---|
| | CREDITO | |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
| 1 | TORTILLA CHINANTLA /30 PQT | | 30.00 | 30.00 |
| 1 | TORTILLA LA POBLANITA /30 PQT | | 30.00 | 30.00 |
| 1 | JARRITO MANDARINA PLASTICO 24/16 OZ | | 18.00 | 18.00 |
| 1 | JUMEX NECTAR DE FRESA/PLATANO 12/33.81 OZ | | 16.50 | 16.50 |
| 2 | CACAHUTE JAPONES MANZELA 10/7 OZ | | 10.00 | 20.00 |
| 1 | LA COSTEÑA FRIJOLES REFRITOS NEGROS 12/20 OZ | | 14.75 | 14.75 |
| 1 | LA COSTEÑA FRIJOLES REFRITOS PINTO 12/20 OZ | | 14.75 | 14.75 |
| 1 | LA COSTEÑA FRIJOLES ENTEROS NEGROS 12/20 OZ | | 12.75 | 12.75 |

**FAVOR DE REVISAR SU MERCANCIA, NO SE ACEPTAN FUTUROS RECLAMOS.**

| Total | |
|---|---|
| | $156.75 |

Received in good conditions_____cases
By_____Date
ALL CLAIMS MUST BE MADE WITHIN 7 DAYS AFTER RECEIPT OF MERCHANDISE.
Any outstanding balance not paid within 7 Days will incur a 5% Fee. We don't receive or give
credit for any imcomplete cases. ALL RETURNED MERCHANDISE MUST BE IN GOOD
CONDITIONS!!.
We appreciate your Business. Thanks.

# NICOMEX INC.
# Find Report
## January through December 2014

| | Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Debit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Jan - Dec 14** | | | | | | | | | | |
| | Invoice | 12/30/2014 | 90911 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 107.65 |
| | Invoice | 12/23/2014 | 90587 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 238.80 |
| | Invoice | 12/16/2014 | 90354 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 475.05 |
| | Invoice | 11/29/2014 | 89764 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 218.90 |
| | Invoice | 11/25/2014 | 89597 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 334.48 |
| | Invoice | 11/18/2014 | 89331 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 543.10 |
| | Invoice | 11/04/2014 | 88815 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 405.52 |
| | Invoice | 10/28/2014 | 88531 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 470.32 |
| | Invoice | 10/25/2014 | 88439 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 276.70 |
| | Invoice | 10/21/2014 | 88239 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 255.55 |
| | Invoice | 09/30/2014 | 87386 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 197.10 |
| | Invoice | 09/16/2014 | 86854 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 170.91 |
| | Invoice | 09/13/2014 | 86777 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 302.61 |
| | Invoice | 08/30/2014 | 86261 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 331.11 |
| | Invoice | 08/26/2014 | 86087 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 369.00 |
| | Invoice | 08/16/2014 | 85723 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 364.80 |
| | Invoice | 08/09/2014 | 85450 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 142.00 |
| | Invoice | 07/22/2014 | 84751 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 215.73 |
| | Invoice | 07/19/2014 | 84677 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 371.97 |
| | Invoice | 07/05/2014 | 84231 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 311.82 |
| | Invoice | 06/24/2014 | 83830 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 270.82 |
| | Invoice | 06/21/2014 | 83743 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 114.25 |
| | Invoice | 06/17/2014 | 83557 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 251.75 |
| | Invoice | 05/31/2014 | 82956 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 152.39 |
| | Invoice | 05/17/2014 | 82392 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 263.04 |
| | Invoice | 05/10/2014 | 82134 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 226.50 |
| | Invoice | 04/26/2014 | 81615 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 123.25 |
| | Invoice | 04/12/2014 | 80950 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 255.00 |
| | Invoice | 04/08/2014 | 80869 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 145.82 |
| | Invoice | 03/25/2014 | 80366 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 191.67 |
| | Invoice | 03/15/2014 | 80039 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 338.00 |
| | Invoice | 02/18/2014 | 79111 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 204.38 |

# NICOMEX INC.
## Find Report
### January through December 2014

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Debit |
|------|------|-----|------|------|---------|-------|-----|-------|-------|
| Invoice | 02/11/2014 | 78894 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 396.72 |
| Invoice | 02/04/2014 | 78661 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 259.80 |
| Invoice | 01/28/2014 | 78437 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 252.55 |
| Invoice | 01/25/2014 | 78364 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 416.35 |
| Invoice | 01/21/2014 | 78221 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 156.85 |
| Invoice | 01/18/2014 | 78142 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 245.22 |
| Invoice | 01/07/2014 | 77695 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 273.71 |

Jan - Dec 14

10,647.19

10:55 AM
11/08/16
Accrual Basis

**NICOMEX INC.**
**Find Report**
January through December 2013

19 Oct 37 05:20

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Debit |
|------|------|-----|------|------|---------|-------|-----|-------|-------|
| | | | | | | | | | |

Jan - Dec 13

| Invoice | 12/31/2013 | 77450 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 454.00 |
| Invoice | 12/14/2013 | 76823 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 222.50 |
| Invoice | 12/07/2013 | 76569 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 308.74 |
| Invoice | 11/23/2013 | 76043 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 156.32 |
| Invoice | 11/16/2013 | 75805 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 188.50 |
| Invoice | 11/12/2013 | 75624 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 287.00 |
| Invoice | 11/05/2013 | 75375 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 391.50 |
| Invoice | 10/29/2013 | 75092 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 323.99 |
| Invoice | 10/28/2013 | 75006 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 136.97 |
| Invoice | 10/22/2013 | 74810 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 193.10 |
| Invoice | 10/19/2013 | 74734 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 287.75 |
| Invoice | 10/15/2013 | 74479 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 263.25 |
| Invoice | 10/01/2013 | 73964 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 42.50 |
| Invoice | 09/28/2013 | 73837 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 361.44 |
| Invoice | 09/24/2013 | 73712 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 221.25 |
| Invoice | 09/10/2013 | 73193 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 266.18 |
| Invoice | 09/07/2013 | 73136 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 116.00 |
| Invoice | 09/03/2013 | 72830 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 398.97 |
| Invoice | 08/24/2013 | 72583 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 328.71 |
| Invoice | 08/20/2013 | 72332 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 138.55 |
| Invoice | 08/13/2013 | 72200 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 197.00 |
| Invoice | 08/10/2013 | 72103 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 118.00 |
| Invoice | 08/06/2013 | 71932 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 284.47 |
| Invoice | 07/27/2013 | 71612 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 143.50 |
| Invoice | 07/23/2013 | 71471 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 184.75 |
| Invoice | 06/29/2013 | 70753 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 277.00 |
| Invoice | 06/25/2013 | 70583 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 126.00 |
| Invoice | 06/22/2013 | 70516 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 185.06 |
| Invoice | 06/11/2013 | 70089 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 375.00 |
| Invoice | 06/04/2013 | 69841 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 162.75 |
| Invoice | 05/14/2013 | 68996 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 246.00 |
| Invoice | 05/07/2013 | 68733 | MILDRED DELY GROCERY INC | | Accounts Receivable | | | -SPLIT- | 187.50 |

p.3

# NICOMEX INC.
## Find Report
### January through December 2013

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Debit |
|------|------|-----|------|------|---------|-------|-----|-------|-------|
| Invoice | 03/23/2013 | 67244 | MILDRED DELY GROCERY INC | | Accounts Receivable | | -SPLIT- | | 349.69 |
| Invoice | 03/12/2013 | 66811 | MILDRED DELY GROCERY INC | | Accounts Receivable | | -SPLIT- | | 307.75 |
| Invoice | 02/09/2013 | 65767 | MILDRED DELY GROCERY INC | | Accounts Receivable | | -SPLIT- | | 283.45 |
| Invoice | 01/29/2013 | 65337 | MILDRED DELY GROCERY INC | | Accounts Receivable | | -SPLIT- | | 348.62 |
| Invoice | 01/15/2013 | 64805 | MILDRED DELY GROCERY INC | | Accounts Receivable | | -SPLIT- | | 379.59 |
| Invoice | 01/12/2013 | 64730 | MILDRED DELY GROCERY INC | | Accounts Receivable | | -SPLIT- | | 256.42 |
| Invoice | 01/02/2013 | 64336 | MILDRED DELY GROCERY INC | | Accounts Receivable | | -SPLIT- | | 349.90 |

Jan - Dec 13

9,849.67