# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| Type | Date | Item Description | Qty | Sales Price | Amount |
|---|---|---|---|---|---|
| Invoice | 11/23/2015 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 11/23/2015 | Pepsi 20 oz/ 24 ct | 1 | 20.50 | 20.50 |
| Invoice | 11/25/2015 | CANADA DRY 2 litt... | 2 | 9.25 | 18.50 |
| Invoice | 11/25/2015 | PEPSI 2 litter sodas... | 2 | 9.99 | 19.98 |
| Invoice | 11/25/2015 | 7" ALUMINUM PLA... | 1 | 28.95 | 28.95 |
| Invoice | 11/25/2015 | Dome lids 7" 500ct | 1 | 18.95 | 18.95 |
| Invoice | 11/25/2015 | FUEL SU... | 1 | 1.00 | 1.00 |
| Invoice | 11/28/2015 | Marlboro GOLD Box | 1 | 113.06 | 113.06 |
| Invoice | 11/28/2015 | Ensure 8oz 24 ct va... | 1 | 32.49 | 32.49 |
| Invoice | 11/28/2015 | Red Bull Energy Dri... | 1 | 34.25 | 34.25 |
| Invoice | 11/28/2015 | CAPRISUN 40 CO... | 1 | 9.49 | 9.49 |
| Invoice | 11/30/2015 | plastic container cu... | 2 | 10.95 | 21.90 |
| Invoice | 11/30/2015 | Napkins- case 10,0... | 1 | 24.95 | 24.95 |
| Invoice | 11/30/2015 | Trident Value Pack | 2 | 9.25 | 18.50 |
| Invoice | 11/30/2015 | All Wrigleys ($.35) ... | 5 | 8.49 | 42.45 |
| Invoice | 12/1/2015 | Poland Spring Gallon | 10 | 6.50 | 65.00 |
| Invoice | 12/1/2015 | Poland Spring Wate... | 2 | 9.95 | 19.90 |
| Invoice | 12/1/2015 | Poland Spring 24 o... | 2 | 8.95 | 17.90 |
| Invoice | 12/1/2015 | Poland Spring 1 Litre | 2 | 8.95 | 17.90 |
| Invoice | 12/1/2015 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 12/1/2015 | monster 24ct energ... | 1 | 32.49 | 32.49 |
| Invoice | 12/1/2015 | Coca-cola 20oz 24ct | 1 | 20.50 | 20.50 |
| Invoice | 12/1/2015 | Red Bull Energy Dri... | 1 | 34.25 | 34.25 |
| Invoice | 12/4/2015 | gatorade 32 oz 12 ct | 2 | 14.95 | 29.90 |
| Invoice | 12/4/2015 | foco coco 24 ct 18oz | 1 | 21.75 | 21.75 |
| Invoice | 12/4/2015 | foco coco 24 ct 12oz | 1 | 17.99 | 17.99 |
| Invoice | 12/4/2015 | aloe vera 20/16.9oz | 1 | 16.95 | 16.95 |
| Invoice | 12/4/2015 | canada dry 20 oz ct | 1 | 18.99 | 18.99 |
| Invoice | 12/4/2015 | CANADA DRY 2 litt... | 1 | 9.25 | 9.25 |
| Invoice | 12/4/2015 | Welch's glass 16 oz | 1 | 11.49 | 11.49 |
| Invoice | 12/7/2015 | Camel BLUE Box | 1 | 113.06 | 113.06 |
| Invoice | 12/7/2015 | 7 oz. Plastic (CASE) | 1 | 24.99 | 24.99 |
| Invoice | 12/12/2015 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 12/12/2015 | Trident Value Pack | 1 | 9.25 | 9.25 |
| Invoice | 12/12/2015 | Newport Menthol G... | 1 | 117.48 | 117.48 |
| Invoice | 12/12/2015 | Newport Box | 1 | 117.48 | 117.48 |
| Invoice | 12/12/2015 | Marlboro Red Box | 1 | 113.06 | 113.06 |
| Invoice | 12/12/2015 | Marlboro GOLD 10... | 1 | 113.06 | 113.06 |
| Invoice | 12/12/2015 | Poland Spring Gallon | 5 | 6.50 | 32.50 |
| Invoice | 12/12/2015 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 12/12/2015 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| Invoice | 12/17/2015 | Marlboro GOLD Box | 1 | 113.06 | 113.06 |
| Invoice | 12/17/2015 | Poland Spring Gallon | 5 | 6.50 | 32.50 |
| Invoice | 12/17/2015 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 12/17/2015 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 12/17/2015 | Poland Spring Wate... | 3 | 8.95 | 26.85 |
| Invoice | 12/17/2015 | ADVIL PM 50 CT | 1 | 14.99 | 14.99 |
| Invoice | 12/17/2015 | Snicker's 48 count | 1 | 25.95 | 25.95 |
| Invoice | 12/23/2015 | Poland Spring Wate... | 1 | 9.95 | 9.95 |

985723

# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| Type | Date | Item Description | Qty | Sales Price | Amount |
|---|---|---|---|---|---|
| Invoice | 7/22/2015 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 7/25/2015 | Newport Box 100s | 1 | 116.77 | 116.77 |
| Invoice | 7/25/2015 | Camel BLUE Box | 1 | 112.29 | 112.29 |
| Invoice | 7/25/2015 | Red Bull Energy Dri... | 1 | 33.99 | 33.99 |
| Invoice | 7/25/2015 | Bic Lighter Small | 1 | 30.99 | 30.99 |
| Invoice | 7/25/2015 | aloe vera 20/16.9oz | 1 | 16.95 | 16.95 |
| Invoice | 7/25/2015 | foco coco 24 ct 18oz | 1 | 21.75 | 21.75 |
| Invoice | 7/25/2015 | ARIZONA 20 OZ 24... | 2 | 15.75 | 31.50 |
| Invoice | 7/25/2015 | FUEL SU... | 1 | 1.00 | 1.00 |
| Invoice | 7/29/2015 | STARBUCKS COF... | 1 | 15.99 | 15.99 |
| Invoice | 7/29/2015 | Brisk 20 oz/24 CT l... | 1 | 20.25 | 20.25 |
| Invoice | 7/29/2015 | Red Bull Energy Dri... | 1 | 33.99 | 33.99 |
| Invoice | 7/29/2015 | 12oz Red bull Ener... | 1 | 50.99 | 50.99 |
| Invoice | 7/29/2015 | Dentyne Ice | 3 | 7.95 | 23.85 |
| Invoice | 7/29/2015 | Marlboro Red Box | 1 | 112.35 | 112.35 |
| Invoice | 7/29/2015 | Marlboro GOLD Box | 1 | 112.29 | 112.29 |
| Invoice | 7/29/2015 | Newport Box | 1 | 116.77 | 116.77 |
| Invoice | 7/30/2015 | Poland Spring Gallon | 10 | 6.50 | 65.00 |
| Invoice | 7/30/2015 | 500 # 2 bags | 1 | 6.95 | 6.95 |
| Invoice | 7/30/2015 | BOUNTY SELECT ... | 1 | 20.49 | 20.49 |
| Invoice | 7/30/2015 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| Invoice | 7/30/2015 | nesquick 12ct | 1 | 15.99 | 15.99 |
| Invoice | 7/30/2015 | Napkins  case 10,0... | 1 | 24.95 | 24.95 |
| Invoice | 8/1/2015 | gatorade 24/20 oz | 2 | 15.99 | 31.98 |
| Invoice | 8/1/2015 | gatorade 32 oz 12 ct | 2 | 14.95 | 29.90 |
| Invoice | 8/1/2015 | COKE 2 litter sodas... | 2 | 12.79 | 25.58 |
| Invoice | 8/1/2015 | FUEL SU... | 1 | 1.00 | 1.00 |
| Invoice | 8/3/2015 | # 611 Aluminum Foi... | 1 | 23.49 | 23.49 |
| Invoice | 8/4/2015 | Marlboro GOLD Box | 1 | 112.29 | 112.29 |
| Invoice | 8/4/2015 | Newport Box 100s | 1 | 116.77 | 116.77 |
| Invoice | 8/4/2015 | Newport Box | 1 | 116.77 | 116.77 |
| Invoice | 8/4/2015 | Marlboro GOLD Box | 1 | 112.35 | 112.35 |
| Invoice | 8/4/2015 | Newport Box | 1 | 116.77 | 116.77 |
| Invoice | 8/4/2015 | Newport Box 100s | 1 | 116.77 | 116.77 |
| Invoice | 8/4/2015 | FUEL SU... | 1 | 1.00 | 1.00 |
| Invoice | 8/7/2015 | Camel BLUE Box | 1 | 112.29 | 112.29 |
| Invoice | 8/7/2015 | Coca-cola 20oz 24ct | 1 | 20.25 | 20.25 |
| Invoice | 8/7/2015 | Motrin | 1 | 10.99 | 10.99 |
| Invoice | 8/7/2015 | Excedrin Extra Stre... | 1 | 8.99 | 8.99 |
| Invoice | 8/7/2015 | Alka Seltzer Plus | 1 | 9.99 | 9.99 |
| Invoice | 8/7/2015 | Halls Cough Drop's ... | 1 | 12.95 | 12.95 |
| Invoice | 8/7/2015 | All Wrigleys ($.35) ... | 1 | 7.75 | 7.75 |
| Invoice | 8/7/2015 | Tic -Tac | 3 | 9.95 | 29.85 |
| Invoice | 8/7/2015 | Dentyne ICE NEW ... | 1 | 7.95 | 7.95 |
| Invoice | 8/7/2015 | Trident Value Pack | 2 | 9.25 | 18.50 |
| Invoice | 8/7/2015 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| Invoice | 8/7/2015 | Poland Spring Gallon | 5 | 6.50 | 32.50 |
| Invoice | 8/7/2015 | Poland Spring 24 o... | 1 | 8.95 | 8.95 |
| Invoice | 8/7/2015 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |

# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| Type | Date | Item Description | Qty | Sales Price | Amount |
|------|------|------------------|-----|-------------|--------|
| Invoice | 7/6/2015 | nesquick 12ct | 1 | 15.99 | 15.99 |
| Invoice | 7/6/2015 | Matches case | 1 | 31.99 | 31.99 |
| Invoice | 7/11/2015 | Marlboro GOLD Box | 1 | 112.29 | 112.29 |
| Invoice | 7/11/2015 | Parliament WHITE ... | 1 | 115.78 | 115.78 |
| Invoice | 7/11/2015 | Orbit Gum | 1 | 9.95 | 9.95 |
| Invoice | 7/11/2015 | Trident Value Pack | 1 | 9.25 | 9.25 |
| Invoice | 7/11/2015 | AAA Duracell Battery | 1 | 10.49 | 10.49 |
| Invoice | 7/11/2015 | monster 24ct energ... | 1 | 30.75 | 30.75 |
| Invoice | 7/11/2015 | Trident Value Pack | 1 | 9.25 | 9.25 |
| Invoice | 7/11/2015 | agua perrier 11oz 2... | 1 | 17.50 | 17.50 |
| Invoice | 7/11/2015 | gatorade 24/20 oz | 1 | 15.99 | 15.99 |
| Invoice | 7/11/2015 | gatorade 32 oz 12 ct | 2 | 14.95 | 29.90 |
| Invoice | 7/11/2015 | CAPRISUN 40 CO... | 1 | 9.49 | 9.49 |
| Invoice | 7/13/2015 | monster 24ct energ... | 1 | 30.75 | 30.75 |
| Invoice | 7/13/2015 | Red Bull Energy Dri... | 2 | 33.99 | 67.98 |
| Invoice | 7/13/2015 | Scott Toilet Paper ... | 1 | 24.49 | 24.49 |
| Invoice | 7/16/2015 | Newport Box | 1 | 116.77 | 116.77 |
| Invoice | 7/16/2015 | Newport Menthol G... | 1 | 116.77 | 116.77 |
| Invoice | 7/16/2015 | Camel BLUE Box | 1 | 112.29 | 112.29 |
| Invoice | 7/16/2015 | monster 24ct energ... | 1 | 30.75 | 30.75 |
| Invoice | 7/16/2015 | canada dry 20 oz ct | 2 | 18.25 | 36.50 |
| Invoice | 7/16/2015 | canada dry can 24 ct | 2 | 10.25 | 20.50 |
| Invoice | 7/16/2015 | CANADA DRY 2 litt... | 2 | 8.99 | 17.98 |
| Invoice | 7/16/2015 | gatorade 32 oz 12 ct | 3 | 14.95 | 44.85 |
| Invoice | 7/16/2015 | gatorade 24/20 oz | 2 | 15.99 | 31.98 |
| Invoice | 7/16/2015 | clamato 5 oz 24ct | 1 | 12.25 | 12.25 |
| Invoice | 7/16/2015 | Red Bull Energy Dri... | 2 | 33.99 | 67.98 |
| Invoice | 7/18/2015 | 32 OZ SOUP COM... | 1 | 47.95 | 47.95 |
| Invoice | 7/18/2015 | Marlboro GOLD Box | 1 | 112.29 | 112.29 |
| Invoice | 7/18/2015 | Poland Spring Gallon | 6 | 6.50 | 39.00 |
| Invoice | 7/18/2015 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| Invoice | 7/18/2015 | CAPRISUN 40 CO... | 1 | 9.49 | 9.49 |
| Invoice | 7/18/2015 | 8 oz coke glass bott... | 1 | 17.49 | 17.49 |
| Invoice | 7/21/2015 | BOUNTY SELECT ... | 1 | 20.49 | 20.49 |
| Invoice | 7/21/2015 | Red Bull Energy Dri... | 1 | 33.99 | 33.99 |
| Invoice | 7/21/2015 | 12oz Red bull Ener... | 1 | 50.99 | 50.99 |
| Invoice | 7/21/2015 | pepsi 10 OZ/24 CT | 1 | 17.49 | 17.49 |
| Invoice | 7/21/2015 | CANADA DRY 2 litt... | 2 | 8.99 | 17.98 |
| Invoice | 7/21/2015 | Nutrament 12 ct | 1 | 16.50 | 16.50 |
| Invoice | 7/21/2015 | Ensure 8oz 24 ct ch... | 1 | 32.25 | 32.25 |
| Invoice | 7/21/2015 | Scott Toilet Paper ... | 1 | 24.49 | 24.49 |
| Invoice | 7/22/2015 | pepsi can 24 ct | 1 | 10.25 | 10.25 |
| Invoice | 7/22/2015 | PEPSI 2 litter sodas... | 1 | 9.49 | 9.49 |
| Invoice | 7/22/2015 | Advil 50 count | 1 | 10.99 | 10.99 |
| Invoice | 7/22/2015 | gatorade 32 oz 12 ct | 1 | 14.95 | 14.95 |
| Invoice | 7/22/2015 | gatorade 24/20 oz | 1 | 15.99 | 15.99 |
| Invoice | 7/22/2015 | Poland Spring Gallon | 10 | 6.50 | 65.00 |
| Invoice | 7/22/2015 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| Invoice | 7/22/2015 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |

# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| Type | Date | Item Description | Qty | Sales Price | Amount |
|------|------|------------------|-----|-------------|--------|
| Invoice | 6/8/2015 | Red Bull Energy Dri... | 1 | 33.99 | 33.99 |
| Invoice | 6/8/2015 | Trident Value Pack | 2 | 9.25 | 18.50 |
| Invoice | 6/8/2015 | Orbit Gum | 2 | 9.95 | 19.90 |
| Invoice | 6/8/2015 | Poland Spring Wate... | 1 | 8.95 | 8.95 |
| Invoice | 6/8/2015 | Newport Box | 1 | 116.77 | 116.77 |
| Invoice | 6/8/2015 | BOUNTY SELECT ... | 2 | 20.49 | 40.98 |
| Invoice | 6/10/2015 | monster 24ct energ... | 2 | 30.75 | 61.50 |
| Invoice | 6/10/2015 | 7 oz. Plastic (CASE) | 1 | 23.95 | 23.95 |
| Invoice | 6/10/2015 | Coca-cola 20oz 24ct | 1 | 20.25 | 20.25 |
| Invoice | 6/10/2015 | CANADA DRY 2 litt... | 1 | 8.99 | 8.99 |
| Invoice | 6/12/2015 | Scott Toilet Paper ... | 1 | 24.49 | 24.49 |
| Invoice | 6/12/2015 | Poland Spring Wate... | 5 | 8.95 | 44.75 |
| Invoice | 6/12/2015 | Poland Spring 1 Litre | 2 | 8.95 | 17.90 |
| Invoice | 6/12/2015 | Poland Spring 1.5 oz | 2 | 8.95 | 17.90 |
| Invoice | 6/12/2015 | M & M Peanut 48 c... | 2 | 25.95 | 51.90 |
| Invoice | 6/12/2015 | CAPRISUN 40 CO... | 1 | 9.49 | 9.49 |
| Invoice | 6/12/2015 | Red Bull Energy Dri... | 1 | 33.99 | 33.99 |
| Invoice | 6/12/2015 | gatorade 32 oz 12 ct | 1 | 14.95 | 14.95 |
| Invoice | 6/12/2015 | foco coco 24 ct 18oz | 1 | 21.50 | 21.50 |
| Invoice | 6/12/2015 | CANADA DRY 2 litt... | 2 | 8.99 | 17.98 |
| Invoice | 6/12/2015 | PEPSI 2 litter sodas... | 1 | 9.49 | 9.49 |
| Invoice | 6/16/2015 | Straws case | 1 | 33.95 | 33.95 |
| Invoice | 6/16/2015 | gatorade 32 oz 12 ct | 2 | 14.95 | 29.90 |
| Invoice | 6/16/2015 | gatorade 24/20 oz | 1 | 15.99 | 15.99 |
| Invoice | 6/16/2015 | v8 SPLASH BOTTL... | 2 | 11.49 | 22.98 |
| Invoice | 6/16/2015 | Red Bull Energy Dri... | 1 | 33.99 | 33.99 |
| Invoice | 6/16/2015 | 12oz Red bull Ener... | 1 | 50.99 | 50.99 |
| Invoice | 6/16/2015 | SUNNY D' JUICE 1... | 1 | 12.75 | 12.75 |
| Invoice | 6/20/2015 | Poland Spring Gallon | 5 | 6.50 | 32.50 |
| Invoice | 6/20/2015 | Poland Spring 24 o... | 1 | 8.95 | 8.95 |
| Invoice | 6/20/2015 | Poland Spring Wate... | 3 | 8.95 | 26.85 |
| Invoice | 6/20/2015 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 6/20/2015 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 6/20/2015 | pepsi can 24 ct | 1 | 10.25 | 10.25 |
| Invoice | 6/20/2015 | coke can 12/ 32ct | 2 | 12.95 | 25.90 |
| Invoice | 6/20/2015 | FANTA MEXICO 12... | 1 | 19.95 | 19.95 |
| Invoice | 6/20/2015 | monster 24ct energ... | 1 | 30.75 | 30.75 |
| Invoice | 6/20/2015 | Red Bull Energy Dri... | 1 | 33.99 | 33.99 |
| Invoice | 6/20/2015 | foco coco 24 ct 18oz | 1 | 21.50 | 21.50 |
| Invoice | 6/20/2015 | Coca-cola 20oz 24ct | 1 | 20.25 | 20.25 |
| Invoice | 6/20/2015 | Marlboro GOLD Box | 1 | 112.29 | 112.29 |
| Invoice | 6/20/2015 | fanta 20oz /24 count | 1 | 0.00 | 0.00 |
| Invoice | 6/22/2015 | Camel BLUE Box | 1 | 112.29 | 112.29 |
| Invoice | 6/22/2015 | BOUNTY SELECT ... | 1 | 20.49 | 20.49 |
| Invoice | 6/22/2015 | Hershey Cookie & ... | 1 | 19.95 | 19.95 |
| Invoice | 6/26/2015 | Poland Spring Gallon | 10 | 6.50 | 65.00 |
| Invoice | 6/26/2015 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 6/26/2015 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 6/26/2015 | Poland Spring Wate... | 3 | 8.95 | 26.85 |

# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| Type | Date | Item Description | Qty | Sales Price | Amount |
|---|---|---|---|---|---|
| Invoice | 5/2/2015 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 5/4/2015 | monster 24ct energ... | 1 | 30.75 | 30.75 |
| Invoice | 5/4/2015 | 16 oz. Foam Cups | 1 | 39.95 | 39.95 |
| Invoice | 5/4/2015 | Poland Spring Wate... | 1 | 8.95 | 8.95 |
| Invoice | 5/4/2015 | # 611 Aluminum Foi... | 1 | 23.49 | 23.49 |
| Invoice | 5/4/2015 | fanta 20oz /24 count | 2 | 19.95 | 39.90 |
| Invoice | 5/4/2015 | Coca-cola 20oz 24ct | 1 | 19.99 | 19.99 |
| Invoice | 5/4/2015 | PEPSI 2 litter sodas... | 1 | 9.49 | 9.49 |
| Invoice | 5/4/2015 | BOUNTY SELECT ... | 1 | 20.49 | 20.49 |
| Invoice | 5/4/2015 | Scott Toilet Paper ... | 1 | 24.49 | 24.49 |
| Invoice | 5/4/2015 | CANADA DRY 2 litt... | 1 | 8.99 | 8.99 |
| Invoice | 5/9/2015 | ARIZONA 20 OZ 24... | 1 | 15.75 | 15.75 |
| Invoice | 5/9/2015 | Hug 25 cent juice | 1 | 7.75 | 7.75 |
| Invoice | 5/9/2015 | Marlboro GOLD Box | 1 | 111.58 | 111.58 |
| Invoice | 5/9/2015 | Trident Value Pack | 1 | 9.25 | 9.25 |
| Invoice | 5/9/2015 | BOUNTY SELECT ... | 1 | 19.99 | 19.99 |
| Invoice | 5/9/2015 | gatorade 32 oz 12 ct | 4 | 14.95 | 59.80 |
| Invoice | 5/9/2015 | gatorade 24/20 oz | 3 | 15.99 | 47.97 |
| Invoice | 5/9/2015 | fanta can 12oz 24ct | 1 | 9.95 | 9.95 |
| Invoice | 5/9/2015 | SPRITE can soda 3... | 1 | 13.49 | 13.49 |
| Invoice | 5/9/2015 | canada dry can 24 ct | 1 | 10.25 | 10.25 |
| Invoice | 5/9/2015 | PEPSI 2 litter sodas... | 1 | 9.89 | 9.89 |
| Invoice | 5/9/2015 | SPRITE 2 litter sod... | 1 | 12.75 | 12.75 |
| Invoice | 5/9/2015 | CANADA DRY 2 litt... | 1 | 8.99 | 8.99 |
| Invoice | 5/11/2015 | Red Bull Energy Dri... | 1 | 33.99 | 33.99 |
| Invoice | 5/11/2015 | Poland Spring Wate... | 3 | 8.95 | 26.85 |
| Invoice | 5/11/2015 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 5/11/2015 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 5/11/2015 | Poland Spring Gallon | 4 | 6.50 | 26.00 |
| Invoice | 5/12/2015 | 7" ALUMINUM PLA... | 1 | 28.95 | 28.95 |
| Invoice | 5/12/2015 | Scott Toilet Paper ... | 1 | 24.49 | 24.49 |
| Invoice | 5/12/2015 | monster 24ct energ... | 1 | 30.75 | 30.75 |
| Invoice | 5/13/2015 | Benadryl | 1 | 8.95 | 8.95 |
| Invoice | 5/13/2015 | Red Bull Energy Dri... | 1 | 33.99 | 33.99 |
| Invoice | 5/13/2015 | Marlboro RED LAB... | 1 | 111.58 | 111.58 |
| Invoice | 5/13/2015 | CREDIT ... | 1 | -12.95 | -12.95 |
| Invoice | 5/16/2015 | monster 24ct energ... | 1 | 30.75 | 30.75 |
| Invoice | 5/16/2015 | Red Bull Energy Dri... | 1 | 34.49 | 34.49 |
| Invoice | 5/16/2015 | 500 # 2 bags | 1 | 6.95 | 6.95 |
| Invoice | 5/16/2015 | Benadryl | 1 | 8.95 | 8.95 |
| Invoice | 5/16/2015 | Scott Toilet Paper ... | 1 | 24.49 | 24.49 |
| Invoice | 5/16/2015 | BOUNTY SELECT ... | 1 | 20.49 | 20.49 |
| Invoice | 5/16/2015 | CANADA DRY 2 litt... | 1 | 8.99 | 8.99 |
| Invoice | 5/16/2015 | 12oz Red bull Ener... | 1 | 50.99 | 50.99 |
| Invoice | 5/18/2015 | Marlboro GOLD Box | 1 | 111.58 | 111.58 |
| Invoice | 5/18/2015 | Marlboro GOLD 10... | 1 | 112.29 | 112.29 |
| Invoice | 5/18/2015 | Newport Box | 1 | 116.06 | 116.06 |
| Invoice | 5/18/2015 | Camel BLUE Box | 1 | 111.58 | 111.58 |
| Invoice | 5/18/2015 | Trident Value Pack | 3 | 9.25 | 27.75 |

# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| Type | Date | Item Description | Qty | Sales Price | Amount |
|------|------|------------------|-----|-------------|--------|
| Invoice | 11/14/2014 | Trident Value Pack | 3 | 9.25 | 27.75 |
| Invoice | 11/14/2014 | 12oz Red bull Ene... | 1 | 49.95 | 49.95 |
| Invoice | 11/21/2014 | BOUNTY SELEC... | 1 | 19.99 | 19.99 |
| Invoice | 11/21/2014 | gatorade 24/20 oz | 1 | 15.99 | 15.99 |
| Invoice | 11/21/2014 | gatorade 32 oz 12ct | 2 | 14.95 | 29.90 |
| Invoice | 11/21/2014 | Scott Toilet Pape ... | 1 | 23.95 | 23.95 |
| Invoice | 11/21/2014 | SNAPPLE 24 COU... | 1 | 16.95 | 16.95 |
| Invoice | 11/21/2014 | 2oz cups case 2500 | 1 | 27.95 | 27.95 |
| Invoice | 11/21/2014 | Tylenol EXTRA 5C... | 1 | 11.99 | 11.99 |
| Invoice | 11/21/2014 | Forks Medium 1000... | 1 | 9.95 | 9.95 |
| Invoice | 11/21/2014 | Napkins- case 10,)... | 1 | 24.95 | 24.95 |
| Invoice | 11/21/2014 | Oreos (12 Count) | 1 | 5.75 | 5.75 |
| Invoice | 11/21/2014 | Red Bull Energy Di... | 1 | 33.00 | 33.00 |
| Invoice | 11/24/2014 | gatorade 32 oz 12ct | 2 | 14.95 | 29.90 |
| Invoice | 11/24/2014 | sprite 20 oz 24ct | 1 | 19.95 | 19.95 |
| Invoice | 11/24/2014 | Poland Spring 1 Litre | 2 | 8.95 | 17.90 |
| Invoice | 11/24/2014 | Poland Spring 1.5oz | 2 | 8.95 | 17.90 |
| Invoice | 11/24/2014 | Poland Spring Wae... | 3 | 8.95 | 26.85 |
| Invoice | 11/24/2014 | Poland Spring Galon | 8 | 6.50 | 52.00 |
| Invoice | 11/24/2014 | Red Bull Energy Di... | 1 | 33.00 | 33.00 |
| Invoice | 11/24/2014 | 12oz Red bull Ene... | 1 | 49.95 | 49.95 |
| Invoice | 11/24/2014 | Pepsi 20 oz/ 24 ct | 1 | 19.95 | 19.95 |
| Invoice | 11/24/2014 | monster 24ct energ... | 1 | 29.95 | 29.95 |
| Invoice | 11/24/2014 | Camel BLUE Box | 1 | 111.58 | 111.58 |
| Invoice | 11/24/2014 | Newport Menthol 6... | 1 | 115.34 | 115.34 |
| Invoice | 11/24/2014 | Trident Value Pack | 2 | 9.25 | 18.50 |
| Invoice | 11/24/2014 | fanta 20oz /24 count | 1 | 19.95 | 19.95 |
| Invoice | 11/24/2014 | ALCOHOL CLEAR... | 1 | 12.99 | 12.99 |
| Invoice | 11/24/2014 | WELCH'S CAN 12... | 1 | 9.95 | 9.95 |
| Invoice | 11/24/2014 | Clorox Concentrat... | 1 | 18.99 | 18.99 |
| Invoice | 11/24/2014 | SNAPPLE 24 COU... | 1 | 16.95 | 16.95 |
| Invoice | 11/24/2014 | coke can 12/ 32ct | 1 | 12.95 | 12.95 |
| Invoice | 11/25/2014 | Shopping bag 1/66... | 1 | 12.95 | 12.95 |
| Invoice | 11/25/2014 | Parliament WHITE ... | 1 | 114.30 | 114.30 |
| Invoice | 11/25/2014 | BALANCE | 1 | 634.55 | 634.55 |
| Invoice | 12/3/2014 | Marlboro Menthol Box | 1 | 111.58 | 111.58 |
| Invoice | 12/3/2014 | Marlboro Red Box | 1 | 111.58 | 111.58 |
| Invoice | 12/3/2014 | Newport Box | 1 | 115.34 | 115.34 |
| Invoice | 12/3/2014 | Marlboro GOLD Box | 1 | 111.58 | 111.58 |
| Invoice | 12/3/2014 | Marlboro GOLD 1C.. | 1 | 111.58 | 111.58 |
| Invoice | 12/3/2014 | 12oz Red bull Ene... | 1 | 49.95 | 49.95 |
| Invoice | 12/3/2014 | fanta 20oz /24 count | 1 | 19.95 | 19.95 |
| Invoice | 12/3/2014 | canada dry 20 oz d | 1 | 17.95 | 17.95 |
| Invoice | 12/3/2014 | zantac | 1 | 12.50 | 12.50 |
| Invoice | 12/3/2014 | AMMONIA RED AII... | 1 | 8.95 | 8.95 |
| Invoice | 12/3/2014 | AAA repack battery | 1 | 11.49 | 11.49 |
| Invoice | 12/3/2014 | Plastic Wrap 12x1(00 | 1 | 10.99 | 10.99 |
| Invoice | 12/3/2014 | PEPSI 2 litter soda... | 1 | 9.49 | 9.49 |
| Invoice | 12/3/2014 | Scott Toilet Paper ... | 1 | 23.95 | 23.95 |

9,736.57

# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| Type | Date | Item Description | Qty | Sales Price | Amount |
|------|------|------------------|-----|-------------|--------|
| Invoice | 3/1/2014 | gatorade 24/20 oz | 1 | 16.95 | 16.95 |
| Invoice | 3/1/2014 | ARIZONA 20 OZ 24... | 3 | 15.95 | 47.85 |
| Invoice | 3/1/2014 | shopping black 1/8 ... | 2 | 12.95 | 25.90 |
| Invoice | 3/11/2014 | Red Bull Energy Dri... | 3 | 33.00 | 99.00 |
| Invoice | 3/11/2014 | 16 oz. Lids- Case | 1 | 19.95 | 19.95 |
| Invoice | 3/15/2014 | Poland Spring Gallon | 10 | 6.50 | 65.00 |
| Invoice | 3/15/2014 | Poland Spring Watc... | 4 | 8.95 | 35.80 |
| Invoice | 3/15/2014 | Poland Spring 1.5 oz | 3 | 8.95 | 26.85 |
| Invoice | 3/15/2014 | Poland Spring 1 Litre | 3 | 8.95 | 26.85 |
| Invoice | 3/15/2014 | Poland Spring 24 o... | 3 | 8.95 | 26.85 |
| Invoice | 3/15/2014 | monster 24ct energ... | 1 | 29.50 | 29.50 |
| Invoice | 3/18/2014 | 16 oz. Foam Cups | 1 | 39.95 | 39.95 |
| Invoice | 3/18/2014 | Marlboro GOLD Box | 1 | 110.22 | 110.22 |
| Invoice | 3/18/2014 | Vicks Dayquil-COL... | 1 | 10.95 | 10.95 |
| Invoice | 3/18/2014 | PEPTO BISMOL | 1 | 10.49 | 10.49 |
| Invoice | 3/18/2014 | Trident Value Pack | 1 | 8.95 | 8.95 |
| Invoice | 3/21/2014 | VISINE 6 CT | 1 | 11.95 | 11.95 |
| Invoice | 3/21/2014 | Halls Cough Drop's ... | 2 | 12.95 | 25.90 |
| Invoice | 3/21/2014 | Skittle's 36 count | 1 | 19.95 | 19.95 |
| Invoice | 3/21/2014 | Twix (36 Count) | 1 | 19.95 | 19.95 |
| Invoice | 3/21/2014 | CHASPTICK 24 CT | 1 | 19.95 | 19.95 |
| Invoice | 3/21/2014 | malta india 7oz 24 ct | 1 | 14.25 | 14.25 |
| Invoice | 3/21/2014 | CAPRISUN 40 CO... | 1 | 9.25 | 9.25 |
| Invoice | 3/28/2014 | Bounty Paper Towe... | 1 | 15.50 | 15.50 |
| Invoice | 3/28/2014 | Scott Toilet Paper ... | 1 | 22.95 | 22.95 |
| Invoice | 3/28/2014 | gatorade 24/20 oz | 2 | 16.95 | 33.90 |
| Invoice | 3/28/2014 | gatorade 32 oz 12 ct | 2 | 14.95 | 29.90 |
| Invoice | 3/28/2014 | Poland Spring Gallon | 6 | 6.50 | 39.00 |
| Invoice | 3/28/2014 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 3/28/2014 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 3/28/2014 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| Invoice | 3/28/2014 | PEPSI 2 litter sodas... | 1 | 9.49 | 9.49 |
| Invoice | 3/28/2014 | vitamin water 20oz | 2 | 21.95 | 43.90 |
| Invoice | 3/28/2014 | monster 24ct energ... | 1 | 28.95 | 28.95 |
| Invoice | 3/29/2014 | PAMPER DIAPER | 2 | 34.25 | 68.50 |
| Invoice | 3/29/2014 | Trident Value Pack | 1 | 9.25 | 9.25 |
| Invoice | 4/2/2014 | Parliament WHITE ... | 1 | 113.16 | 113.16 |
| Invoice | 4/2/2014 | American Spirit Lig... | 1 | 114.12 | 114.12 |
| Invoice | 4/2/2014 | Marlboro Menthol Box | 1 | 110.22 | 110.22 |
| Invoice | 4/2/2014 | Marlboro 100 Box | 1 | 110.22 | 110.22 |
| Invoice | 4/2/2014 | Marlboro GOLD 10... | 1 | 110.22 | 110.22 |
| Invoice | 4/2/2014 | Newport Box 100s | 1 | 114.71 | 114.71 |
| Invoice | 4/2/2014 | Newport Menthol G... | 1 | 114.71 | 114.71 |
| Invoice | 4/2/2014 | # 611 Aluminum Foi... | 1 | 22.95 | 22.95 |
| Invoice | 4/2/2014 | BOUNTY SELECT ... | 1 | 18.99 | 18.99 |
| Invoice | 4/2/2014 | 2oz cups case 2500 | 1 | 31.95 | 31.95 |
| Invoice | 4/2/2014 | Good News 32 count | 1 | 8.99 | 8.99 |
| Invoice | 4/3/2014 | Good News 32 count | 1 | 0.00 | 0.00 |
| Invoice | 4/3/2014 | monster 24ct energ... | 1 | 29.95 | 29.95 |

# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| Type | Date | Item Description | Qty | Sales Price | Amount |
|------|------|------------------|-----|-------------|--------|
| Invoice | 1/10/2014 | Red Bull Energy Dri... | 2 | 32.50 | 65.00 |
| Invoice | 1/10/2014 | 12oz Red bull Ener... | 1 | 49.95 | 49.95 |
| Invoice | 1/14/2014 | Poland Spring Gallon | 10 | 6.75 | 67.50 |
| Invoice | 1/14/2014 | Poland Spring 1.5 oz | 1 | 9.50 | 9.50 |
| Invoice | 1/17/2014 | BOUNTY SELECT ... | 1 | 18.95 | 18.95 |
| Invoice | 1/17/2014 | Scott Toilet Paper ... | 1 | 21.95 | 21.95 |
| Invoice | 1/17/2014 | Pocket Tissue 10 c... | 1 | 2.49 | 2.49 |
| Invoice | 1/17/2014 | Ensure 8oz 24 ct va... | 1 | 31.95 | 31.95 |
| Invoice | 1/17/2014 | monster 24ct energ... | 1 | 28.95 | 28.95 |
| Invoice | 1/17/2014 | tropicana 16 oz 12 ct | 1 | 12.95 | 12.95 |
| Invoice | 1/17/2014 | canada dry 20 oz ct | 1 | 17.95 | 17.95 |
| Invoice | 1/23/2014 | Poland Spring Gallon | 5 | 6.50 | 32.50 |
| Invoice | 1/23/2014 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| Invoice | 1/23/2014 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 1/23/2014 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 1/23/2014 | Poland Spring 24 o... | 1 | 9.25 | 9.25 |
| Invoice | 1/23/2014 | CANADA DRY 2 litt... | 1 | 8.99 | 8.99 |
| Invoice | 1/23/2014 | schweppes ginger ... | 1 | 20.95 | 20.95 |
| Invoice | 1/23/2014 | canada dry 20 oz ct | 1 | 17.95 | 17.95 |
| Invoice | 1/23/2014 | Trident Value Pack | 2 | 8.95 | 17.90 |
| Invoice | 1/23/2014 | Dentyne Ice 12 ct | 1 | 8.95 | 8.95 |
| Invoice | 1/23/2014 | 8 aluminum plates ... | 1 | 36.95 | 36.95 |
| Invoice | 1/23/2014 | CREDIT ... | 1 | -20.95 | -20.95 |
| Invoice | 1/25/2014 | Coffee Colombian | 1 | 23.95 | 23.95 |
| Invoice | 1/25/2014 | 16 oz. Foam Cups | 6 | 1.95 | 11.70 |
| Invoice | 1/25/2014 | gatorade 24/20 oz | 4 | 16.49 | 65.96 |
| Invoice | 1/25/2014 | Tylenol EXTRA 50 ... | 1 | 11.49 | 11.49 |
| Invoice | 1/25/2014 | Bounty Paper Towe... | 1 | 14.99 | 14.99 |
| Invoice | 1/25/2014 | PEPSI 2 litter sodas... | 1 | 9.49 | 9.49 |
| Invoice | 1/25/2014 | foco coco 24 ct 12oz | 1 | 17.25 | 17.25 |
| Invoice | 1/25/2014 | canada dry can 24 ct | 2 | 9.95 | 19.90 |
| Invoice | 1/25/2014 | Scott Toilet Paper ... | 1 | 22.95 | 22.95 |
| Invoice | 1/28/2014 | 16 oz. Foam Cups | 1 | 39.95 | 39.95 |
| Invoice | 1/28/2014 | Red Bull Energy Dri... | 2 | 33.00 | 66.00 |
| Invoice | 1/28/2014 | Redbull Energy Drin... | 2 | 35.95 | 71.90 |
| Invoice | 1/28/2014 | Marlboro Red Box | 1 | 110.22 | 110.22 |
| Invoice | 1/28/2014 | Newport Box | 1 | 114.71 | 114.71 |
| Invoice | 1/28/2014 | Marlboro GOLD Box | 1 | 110.22 | 110.22 |
| Invoice | 1/28/2014 | CANADA DRY 2 litt... | 1 | 8.99 | 8.99 |
| Invoice | 1/28/2014 | Advil 50 count | 1 | 11.99 | 11.99 |
| Invoice | 2/4/2014 | Poland Spring Gallon | 8 | 6.75 | 54.00 |
| Invoice | 2/4/2014 | Welch's glass 16 oz | 1 | 10.99 | 10.99 |
| Invoice | 2/4/2014 | canada dry 20 oz ct | 2 | 17.75 | 35.50 |
| Invoice | 2/4/2014 | CANADA DRY 2 litt... | 2 | 8.99 | 17.98 |
| Invoice | 2/4/2014 | Halls Cough Drop's ... | 1 | 12.95 | 12.95 |
| Invoice | 2/4/2014 | M & M Peanut 48 c... | 1 | 24.95 | 24.95 |
| Invoice | 2/4/2014 | BOUNTY SELECT ... | 1 | 18.95 | 18.95 |
| Invoice | 2/4/2014 | gatorade 32 oz 12 ct | 1 | 14.95 | 14.95 |
| Invoice | 2/7/2014 | Red Bull Energy Dri... | 1 | 33.00 | 33.00 |

# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| | Type | Date | Item Description | Qty | Sales Price | Amount |
|---|---|---|---|---|---|---|
| — | Invoice | 9/12/2014 | Marlboro RED LAB... | 1 | 110.88 | 110.88 |
| | Invoice | 9/12/2014 | Poland Spring Gallon | 8 | 6.50 | 52.00 |
| | Invoice | 9/12/2014 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| | Invoice | 9/12/2014 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| | Invoice | 9/12/2014 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| | Invoice | 9/12/2014 | Poland Spring 24 o... | 1 | 8.95 | 8.95 |
| | Invoice | 9/12/2014 | aloe vera 20/16.9oz | 1 | 16.95 | 16.95 |
| | Invoice | 9/13/2014 | Red Bull Energy Dri... | 1 | 33.00 | 33.00 |
| | Invoice | 9/13/2014 | PAMPER DIAPER | 1 | 33.99 | 33.99 |
| | Invoice | 9/13/2014 | Red Bull Energy Dri... | 1 | 33.00 | 33.00 |
| | Invoice | 9/13/2014 | PAMPER DIAPER | 1 | 33.99 | 33.99 |
| | Invoice | 9/17/2014 | Red Bull Energy Dri... | 1 | 33.00 | 33.00 |
| | Invoice | 9/17/2014 | 12oz Red bull Ener... | 1 | 49.95 | 49.95 |
| | Invoice | 9/17/2014 | pepsi can 24 ct | 1 | 9.95 | 9.95 |
| | Invoice | 9/17/2014 | Bic Lighter Small | 1 | 28.95 | 28.95 |
| | Invoice | 9/17/2014 | SNAPPLE 24 COU... | 5 | 16.95 | 84.75 |
| — | Invoice | 9/17/2014 | Marlboro GOLD Box | 1 | 110.88 | 110.88 |
| | Invoice | 9/17/2014 | Dentyne ICE NEW ... | 3 | 7.95 | 23.85 |
| | Invoice | 9/17/2014 | Wrigley's 5 Gum | 1 | 10.50 | 10.50 |
| | Invoice | 9/17/2014 | Trident Value Pack | 2 | 9.25 | 18.50 |
| | Invoice | 9/22/2014 | Tylenol EXTRA 50 ... | 1 | 11.25 | 11.25 |
| | Invoice | 9/22/2014 | NyQuill - COLD & F... | 1 | 11.25 | 11.25 |
| | Invoice | 9/22/2014 | Tylenol P.M. | 1 | 8.99 | 8.99 |
| | Invoice | 9/22/2014 | PEPSI 2 litter sodas... | 1 | 9.49 | 9.49 |
| | Invoice | 9/22/2014 | CANADA DRY 2 litt... | 2 | 8.99 | 17.98 |
| | Invoice | 9/22/2014 | canada dry can 24 ct | 2 | 9.95 | 19.90 |
| | Invoice | 9/22/2014 | canada dry 20 oz ct | 1 | 17.95 | 17.95 |
| | Invoice | 9/22/2014 | foco coco 24 ct 12oz | 1 | 17.25 | 17.25 |
| | Invoice | 9/22/2014 | foco coco 24 ct 18oz | 1 | 21.50 | 21.50 |
| | Invoice | 9/22/2014 | gatorade 32 oz 12 ct | 3 | 14.95 | 44.85 |
| | Invoice | 9/22/2014 | gatorade 24/20 oz | 1 | 15.99 | 15.99 |
| | Invoice | 9/22/2014 | Red Bull Energy Dri... | 2 | 33.00 | 66.00 |
| | Invoice | 9/22/2014 | 12oz Red bull Ener... | 1 | 49.95 | 49.95 |
| | Invoice | 9/22/2014 | fanta 20oz /24 count | 1 | 19.95 | 19.95 |
| | Invoice | 9/22/2014 | Coca-cola 20oz 24ct | 1 | 19.95 | 19.95 |
| | Invoice | 9/22/2014 | Redbull Energy Drin... | 1 | 35.95 | 35.95 |
| | Invoice | 9/22/2014 | coke glass 12 oz m... | 1 | 19.95 | 19.95 |
| | Invoice | 9/22/2014 | FANTA 2 litter soda... | 1 | 12.49 | 12.49 |
| | Invoice | 9/22/2014 | Poland Spring Gallon | 6 | 6.50 | 39.00 |
| | Invoice | 9/22/2014 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| | Invoice | 9/22/2014 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| | Invoice | 9/22/2014 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| | Invoice | 9/22/2014 | clamato 5 oz 24ct | 1 | 12.25 | 12.25 |
| | Invoice | 9/22/2014 | monster 24ct energ... | 1 | 29.50 | 29.50 |
| | Invoice | 9/22/2014 | Toothbrush 12 ct | 1 | 9.99 | 9.99 |
| | Invoice | 9/23/2014 | Nutrament 12 ct | 1 | 15.99 | 15.99 |
| | Invoice | 9/23/2014 | COKE 2 litter sodas... | 2 | 12.49 | 24.98 |
| — | Invoice | 9/23/2014 | Parliament WHITE ... | 1 | 114.30 | 114.30 |
| | Invoice | 9/27/2014 | Advil 50 count | 1 | 10.99 | 10.99 |

11:56 AM

11/05/16

Accrual Basis

# M. Futterman Corp.
## Sales by Customer Detail
### January 1, 2013 through November 5, 2016

| Type | Date | Item Description | Qty | Sales Price | Amount |
|------|------|------------------|-----|-------------|--------|
| Invoice | 7/19/2014 | Wet wax Roll 15" | 1 | 28.95 | 28.95 |
| Invoice | 7/19/2014 | Poland Spring Gallon | 10 | 6.50 | 65.00 |
| Invoice | 7/19/2014 | Poland Spring Wate... | 2 | 8.95 | 17.90 |
| Invoice | 7/19/2014 | Poland Spring 24 o... | 1 | 8.95 | 8.95 |
| Invoice | 7/19/2014 | Poland Spring 1 Litre | 2 | 8.95 | 17.90 |
| Invoice | 7/19/2014 | Poland Spring 1.5 oz | 2 | 8.95 | 17.90 |
| Invoice | 7/19/2014 | Marlboro Red Box | 1 | 110.88 | 110.88 |
| Invoice | 7/23/2014 | Red Bull Energy Dri... | 2 | 33.00 | 66.00 |
| Invoice | 7/23/2014 | 12oz Red bull Ener... | 1 | 49.95 | 49.95 |
| Invoice | 7/23/2014 | Newport Box 100s | 1 | 115.34 | 115.34 |
| Invoice | 7/28/2014 | Big Burst Juice 24 ct | 1 | 8.50 | 8.50 |
| Invoice | 7/28/2014 | Poland Spring Gallon | 10 | 6.50 | 65.00 |
| Invoice | 7/28/2014 | Poland Spring Wate... | 4 | 8.95 | 35.80 |
| Invoice | 7/28/2014 | Poland Spring 1.5 oz | 3 | 8.95 | 26.85 |
| Invoice | 7/28/2014 | COKE 2 litter sodas... | 1 | 12.49 | 12.49 |
| Invoice | 7/28/2014 | Red Bull Energy Dri... | 1 | 33.00 | 33.00 |
| Invoice | 7/28/2014 | 12oz Red bull Ener... | 1 | 49.95 | 49.95 |
| Invoice | 7/28/2014 | Redbull Energy drin... | 1 | 40.95 | 40.95 |
| Invoice | 7/29/2014 | Marlboro GOLD Box | 1 | 110.88 | 110.88 |
| Invoice | 7/29/2014 | Newport Menthol G... | 1 | 115.34 | 115.34 |
| Invoice | 7/29/2014 | Dentyne Ice | 1 | 9.50 | 9.50 |
| Invoice | 7/29/2014 | Orbit Gum | 1 | 9.95 | 9.95 |
| Invoice | 7/29/2014 | Trident Value Pack | 3 | 9.25 | 27.75 |
| Invoice | 7/29/2014 | Trident LAYERS ... | 1 | 11.95 | 11.95 |
| Invoice | 7/29/2014 | M & M Peanut 48 c... | 1 | 24.95 | 24.95 |
| Invoice | 7/29/2014 | foco coco 24 ct 18oz | 1 | 21.50 | 21.50 |
| Invoice | 7/29/2014 | CAPRISUN 40 CO... | 1 | 8.99 | 8.99 |
| Invoice | 7/29/2014 | gatorade 24/20 oz | 2 | 15.99 | 31.98 |
| Invoice | 7/29/2014 | gatorade 32 oz 12 ct | 1 | 14.95 | 14.95 |
| Invoice | 7/29/2014 | ADD ON | 1 | 0.00 | 0.00 |
| Invoice | 7/29/2014 | 7" plates aluminum ... | 1 | 26.95 | 26.95 |
| Invoice | 7/29/2014 | 8 aluminum plates ... | 1 | 35.95 | 35.95 |
| Invoice | 8/2/2014 | canada dry 20 oz ct | 2 | 17.95 | 35.90 |
| Invoice | 8/2/2014 | CANADA DRY 2 litt... | 2 | 8.99 | 17.98 |
| Invoice | 8/2/2014 | Poland Spring Wate... | 3 | 8.95 | 26.85 |
| Invoice | 8/2/2014 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 8/2/2014 | Poland Spring 1.5 oz | 2 | 8.95 | 17.90 |
| Invoice | 8/2/2014 | gatorade 32 oz 12 ct | 3 | 14.95 | 44.85 |
| Invoice | 8/2/2014 | Red Bull Energy Dri... | 2 | 33.00 | 66.00 |
| Invoice | 8/2/2014 | canada dry can 24 ct | 1 | 9.95 | 9.95 |
| Invoice | 8/2/2014 | monster 24ct energ... | 1 | 28.95 | 28.95 |
| Invoice | 8/5/2014 | Poland Spring Gallon | 10 | 6.50 | 65.00 |
| Invoice | 8/5/2014 | Poland Spring Wate... | 3 | 8.95 | 26.85 |
| Invoice | 8/5/2014 | Poland Spring 1.5 oz | 1 | 8.95 | 8.95 |
| Invoice | 8/5/2014 | Poland Spring 1 Litre | 1 | 8.95 | 8.95 |
| Invoice | 8/5/2014 | Poland Spring 24 o... | 1 | 9.25 | 9.25 |
| Invoice | 8/5/2014 | PEPSI 2 litter sodas... | 1 | 9.49 | 9.49 |
| Invoice | 8/5/2014 | CANADA DRY 2 litt... | 2 | 8.99 | 17.98 |
| Invoice | 8/5/2014 | COKE 2 litter sodas... | 2 | 12.49 | 24.98 |