# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165  
jandrophy@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 25 2018

**VIA ECF AND EMAIL**
Hon. Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re: Tecun et al v. Mildred Deli Grocery Inc. et al**
           **Case No. 16-cv-05796-RJS**

Dear Judge Sullivan:

      This firm represents Plaintiffs in the above referenced matter. I write to advise the Court that the parties have reached a settlement agreement. We intend to submit the executed agreement together with an explanation of why it should be approved as fair and reasonable, next week.

      We thank the Court for its attention to this matter.

                                                 Respectfully submitted,

                                                 /s/ Joshua S. Androphy

                                                 Joshua S. Androphy